| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| RHONDA R. TROTTER, ESQ., Bar #169241<br>KAYE SCHOLER LLP<br>1999 AVENUE OF THE STARS<br>SUITE 1700<br>LOS ANGELES, CA 90067<br>Telephone No: 310-788-1000    FAX No: 310-788-1200 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Central District Of California | |
| Plaintiff: CONSUMERINFO.COM, INC. | |
| Defendant: JESSE WILMS, ET AL. | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>SACV09-0055 DOC MLGX |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the NOTICE OF DEFAULT-IMPORTANT NOTICE

3. a. Party served:        EDIRECT, A CANADIAN PARTNERSHIP
   b. Person served:       JESSE WILLMS, OWNER

4. Address where the party was served:    11 ATHABASCAN AVENUE
                                           SUITE 240
                                           SHERWOOD PARK, ALBERTA T8A6H2

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jan. 28, 2009 (2) at: 1:55PM

7. *Person Who Served Papers:*                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ROBERT HARMATA                              d. *The Fee for Service was:*
   b. **FIRST LEGAL INVESTIGATIONS**              e. I am: Not a Registered California Process Server
      301 CIVIC CENTER DRIVE WEST
      SANTA ANA, CA 92702
   c. (714) 550-1375

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Feb. 02, 2009

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007                 PROOF OF SERVICE                    (ROBERT HARMATA)
                                                                                           319227.rhotr.190261

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| RHONDA R. TROTTER, ESQ., Bar #169241<br>KAYE SCHOLER LLP<br>1999 AVENUE OF THE STARS<br>SUITE 1700<br>LOS ANGELES, CA 90067 | | | | |
| Telephone No: 310-788-1000   FAX No: 310-788-1200 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court, Central District Of California | | | | |
| Plaintiff: CONSUMERINFO.COM, INC. | | | | |
| Defendant: JESSE WILMS, ET AL. | | | | |
| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>SACV09-0055 DOC MLGX |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Complaint; Exhibits A-J; Notice Of Assignment To United States Magistrate Judge For Discovery; Notice To Parties Of Adr Pilot Program; Adr Pilot Program Questionnaire (Blank); Certification And Notice Of Interested Parties (Local Rule 7.1-1); Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Civil Cover Sheet; Clerk's Office Services For Attorneys And The General Public; Notice To Counsel; United States District Court Central District Of California Civility And Professionalism Guidelines.

3. a. Party served:        JESSE WILLMS, AN INDIVIDUAL
   b. Person served:       party in item 3.a.
                           SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:    11 ATHABASCAN AVENUE
                                          SUITE 240
                                          SHERWOOD PARK, ALBERTA T8A6H2

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jan. 28, 2009 (2) at: 1:55PM

7. Person Who Served Papers:                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ROBERT HARMATA                          d. The Fee for Service was:
   b. FIRST LEGAL INVESTIGATIONS              e. I am: Not a Registered California Process Server
      301 CIVIC CENTER DRIVE WEST
      SANTA ANA, CA 92702
   c. (714) 550-1375

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Feb. 02, 2009

                                          PROOF OF SERVICE    (ROBERT HARMATA)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007                                     919226.rhotr.190259