# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.    SA CV09-0055-DOC(MLGx)                    Date    May 14, 2009

Title    CONSUMERINFO.COM, INC -V- JESSE WILLMS, ET AL

Present: The
Honorable          DAVID O. CARTER

| Kristee Hopkins | NONE PRESENT | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

Proceedings:    (In Chambers)        ORDER CONTINUING HEARING


Court orders the Scheduling Conference, in the above-entitled action, presently set May 19, 2009 **CONTINUED** to **May 20, 2009 at 8:30 a.m.**

The Clerk shall serve a copy of this minute order on counsel for all parties in this action.


_____ :    00

Initials of Preparer    kh