# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SA CV09-0055-DOC(MLGx)                                          Date   May 20, 2009

Title   CONSUMERINFO.COM, INC -V- JESSE WILLMS, ET AL

---

Present: The Honorable      David O. Carter, U.S. District Judge

| Kristee Hopkins | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Rhonda Trotter | Karl Kronenberger |

Proceedings:   SCHEDULING CONFERENCE

The matter is called.  Counsel state their appearances.

The Court conducts the Scheduling Conference.  The Court sets the following case management dates:

|  |  |
|---|---|
| Discovery Cut-Off | - 12-01-2009 |
| Expert Discovery Cut-Off | - 02-25-2010 |
| Motion Cut-Off | - 03-16-2010 |
| Final Pretrial Conference | - 06-08-2010 at 8:30 a.m. |
| Jury Trial | - 06-18-2010 at 8:30 a.m. |
| Trial Estimate | - 4 days |

Pretrial Scheduling Order signed and filed this date.

Any unserved Does/Roes are dismissed at this time.

                                                                                                : 02

                                                       Initials of Preparer   kh