AO 121  (6/90)

| | | |
|---|---|---|
| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| [X] ACTION  [ ] APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT |
|---|---|
| DOCKET NO.<br>SACV09-0055 DOC | DATE FILED<br>July 14, 2009 | 312 North Spring Street<br>Los Angeles, California  90012-4793 |

| PLAINTIFF<br>CONSUMERINFO.COM, INC., a California corporation, | DEFENDANT<br>JESSE WILLMS, an individual; EDIRECT a Canadian Partnership; 1016363 ALBERTA LTD., a Canadian Corporation; 1021018 ALBERTA LTD., a Canadian Corporation; all doing business as "WU-YI SOURCE," JUST THINK MEDIA,: and "CREDIT REPORT AMERICA," |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1  VA 1-660-147 | Banner; CreditCheckTotal paper stack . . . | ConsumerInfo.com, Inc. |
| 2  VA 1-660-227 | Banner; CreditCheckTotal paper stack . . . | ConsumerInfo.com, Inc. |
| 3  VA 1-662-851 | Banner; Paper Stack; See All 3; . . . | ConsumerInfo.com, Inc. |
| 4  VA 1-660-917 | Banner; Animated Checkmark; What's . . . | ConsumerInfo.com, Inc. |
| 5  61-424-1370(E) | 3 Blocks (rejected) | ConsumerInfo.com, Inc. |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment    [ ] Answer    [ ] Cross Bill    [ ] Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>[ ] Order    [ ] Judgment | WRITTEN OPINION ATTACHED<br>[ ] Yes    [ ] No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

*U.S. G.P.O. 1982-374-279
AO-121

AO 121 (6/90)

| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| [X] ACTION    [ ] APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT |
|---|---|
| DOCKET NO.<br>SACV09-0055 DOC | DATE FILED<br>July 14, 2009 | 312 North Spring Street<br>Los Angeles, California  90012-4793 |

| PLAINTIFF<br>CONSUMERINFO.COM, INC., a California corporation, | DEFENDANT<br>JESSE WILLMS, an individual; EDIRECT a Canadian Partnership; 1016363 ALBERTA LTD., a Canadian Corporation; 1021018 ALBERTA LTD., a Canadian Corporation; all doing business as "WU-YI SOURCE,"  J |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 VA 1-660-147 | Banner; CreditCheckTotal paper stack . | ConsumerInfo.com, Inc. |
| 2 VA 1-660-227 | Banner; CreditCheckTotal paper stack . | ConsumerInfo.com, Inc. |
| 3 VA 1-662-851 | Banner; Paper Stack; See All 3; . . . | ConsumerInfo.com, Inc. |
| 4 VA 1-660-917 | Banner; Animated Checkmark; What's . . | ConsumerInfo.com, Inc. |
| 5 61-424-1370(E) | 3 Blocks (rejected) | ConsumerInfo.com, Inc. |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment    [ ] Answer    [ ] Cross Bill    [ ] Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>[ ] Order    [ ] Judgment | WRITTEN OPINION ATTACHED<br>[ ] Yes    [ ] No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

*U.S. G.P.O. 1982-374-279

AO 121 (6/90)

| TO: | | |
|---|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| [X] ACTION    [ ] APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT |
|---|---|
| DOCKET NO.<br>SACV09-0055 DOC | DATE FILED<br>July 14, 2009 | 312 North Spring Street<br>Los Angeles, California  90012-4793 |

| PLAINTIFF<br>CONSUMERINFO.COM, INC., a California corporation, | DEFENDANT<br>JESSE WILLMS, an individual; EDIRECT a Canadian Partnership; 1016363 ALBERTA LTD., a Canadian Corporation; 1021018 ALBERTA LTD., a Canadian Corporation; all doing business as "WU-YI SOURCE,"  J |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1  VA 1-660-147 | Banner; CreditCheckTotal paper stack . | ConsumerInfo.com, Inc. |
| 2  VA 1-660-227 | Banner; CreditCheckTotal paper stack . | ConsumerInfo.com, Inc. |
| 3  VA 1-662-851 | Banner; Paper Stack; See All 3; . . . | ConsumerInfo.com, Inc. |
| 4  VA 1-660-917 | Banner; Animated Checkmark; What's . . | ConsumerInfo.com, Inc. |
| 5  61-424-1370(E) | 3 Blocks (rejected) | ConsumerInfo.com, Inc. |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment    [ ] Answer    [ ] Cross Bill    [ ] Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>[ ] Order    [ ] Judgment | WRITTEN OPINION ATTACHED<br>[ ] Yes    [ ] No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

Copy 3 - Upon termination of action, mail this copy to Register of Copyrights

*U.S. G.P.O. 1982-374-279

AO 121  (6/90)

| TO: | | REPORT ON THE |
|---|---|---|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| [X] ACTION    [ ] APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT |
|---|---|
| DOCKET NO.<br>SACV09-0055 DOC | DATE FILED<br>July 14, 2009 | 312 North Spring Street<br>Los Angeles, California  90012-4793 |

| PLAINTIFF<br>CONSUMERINFO.COM, INC., a California corporation, | DEFENDANT<br>JESSE WILLMS, an individual; EDIRECT a Canadian Partnership; 1016363 ALBERTA LTD., a Canadian Corporation; 1021018 ALBERTA LTD., a Canadian Corporation; all doing business as "WU-YI SOURCE,"  J |
|---|---|

| | COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | VA 1-660-147 | Banner; CreditCheckTotal paper stack . | ConsumerInfo.com, Inc. |
| 2 | VA 1-660-227 | Banner; CreditCheckTotal paper stack . | ConsumerInfo.com, Inc. |
| 3 | VA 1-662-851 | Banner; Paper Stack; See All 3; . . . | ConsumerInfo.com, Inc. |
| 4 | VA 1-660-917 | Banner; Animated Checkmark; What's . . | ConsumerInfo.com, Inc. |
| 5 | 61-424-1370(E) | 3 Blocks (rejected) | ConsumerInfo.com, Inc. |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment    [ ] Answer    [ ] Cross Bill    [ ] Other Pleading | |
|---|---|---|
| **COPYRIGHT<br>REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.   A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>[ ] Order    [ ] Judgment | WRITTEN OPINION ATTACHED<br>[ ] Yes    [ ] No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

*U.S. G.P.O. 1982-374-279

Copy 4 - In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal.

AO 121  (6/90)

| TO:<br><br>**Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| [X] ACTION        [ ] APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT |
|---|---|
| DOCKET NO.<br>SACV09-0055 DOC | DATE FILED<br>July 14, 2009 | 312 North Spring Street<br>Los Angeles, California  90012-4793 |

| PLAINTIFF<br>CONSUMERINFO.COM, INC., a California corporation, | DEFENDANT<br>JESSE WILLMS, an individual; EDIRECT a Canadian Partnership; 1016363 ALBERTA LTD., a Canadian Corporation; 1021018 ALBERTA LTD., a Canadian Corporation; all doing business as "WU-YI SOURCE,"  J |
|---|---|

| | COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | VA 1-660-147 | Banner; CreditCheckTotal paper stack . | ConsumerInfo.com, Inc. |
| 2 | VA 1-660-227 | Banner; CreditCheckTotal paper stack . | ConsumerInfo.com, Inc. |
| 3 | VA 1-662-851 | Banner; Paper Stack; See All 3; . . . | ConsumerInfo.com, Inc. |
| 4 | VA 1-660-917 | Banner; Animated Checkmark; What's . . | ConsumerInfo.com, Inc. |
| 5 | 61-424-1370(E) | 3 Blocks (rejected) | ConsumerInfo.com, Inc. |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment    [ ] Answer    [ ] Cross Bill    [ ] Other Pleading |
|---|---|

| | COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below.   A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>[ ] Order    [ ] Judgment | WRITTEN OPINION ATTACHED<br>[ ] Yes    [ ] No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

Copy 5 - Case file copy

*U.S. G.P.O. 1982-374-279