Rhonda R. Trotter, Bar Number 169241
rtrotter@kayescholer.com
Theodore W. Maya, Bar Number 223242
tmaya@kayescholer.com
Darya V. Pollak, Bar Number 248158
dpollak@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Attorneys for Plaintiff
CONSUMERINFO.COM, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CONSUMERINFO.COM, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JESSE WILLMS, an individual; EDIRECT, a Canadian Partnership; 1016363 ALBERTA LTD., a Canadian Corporation; 1021018 ALBERTA LTD., a Canadian Corporation; all doing business as "WU-YI SOURCE," "JUST THINK MEDIA," and "CREDIT REPORT AMERICA,"<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. SACV09-0055 DOC (MLGx)<br><br>**NOTICE OF LODGING UNDER SEAL AND LODGING OF THE DEPOSITION TRANSCRIPTS IN SUPPORT OF CONSUMERINFO'S MOTION TO COMPEL AND REQUEST FOR ATTORNEY'S FEES AS SANCTIONS**<br><br>Discovery Cut-Off Date: 12-01-2009<br>Motion Cut-Off Date: 03-16-2010<br>Pretrial Conference: 06-08-2010<br>Trial Date: 06-18-2010<br><br>Date: Tuesday, Nov. 24, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom 6A<br><br>Before Hon. Marc L. Goldman, Magistrate Judge |

**TO DEFENDANTS AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE THAT,** pursuant to Local Rules 32-1 and 16.2-7 Plaintiff ConsumerInfo.com, Inc. hereby provides notice of lodging under seal and lodges the following deposition transcripts for the November 24, 2009 hearing in the above-referenced matter.

The vast majority of these depositions have been designated as "Highly Confidential - For Attorneys' Eyes Only" and will be lodged under seal.

1. Deposition of 1021018 Alberta Ltd. 30(b)(6), Volume 1, taken October 30, 2009, designated as Highly Confidential - For Attorneys' Eyes Only, including Exhibits 210 through 219 are being lodged under seal;

2. Deposition of 1021018 Alberta Ltd. 30(b)(6), Volume 2, taken October 30, 2009, designated as Highly Confidential - For Attorneys' Eyes Only, including Exhibits 220 through 250 are being lodged under seal;

3. Deposition of Justin D'Angelo, Volume 1, taken September 29, 2009, including Exhibits 1 through 62;

4. Deposition of Szymon Kiedyk, Volume 1, taken October 28, 2009, designated as Highly Confidential - For Attorneys' Eyes Only, including Exhibits 150 through 165 are being lodged under seal;

5. Deposition of Szymon Kiedyk, Volume 2, taken October 28, 2009, designated as Highly Confidential - For Attorneys' Eyes Only, including Exhibit 166 are being lodged under seal;

6. Deposition of Craig Leonard taken October 7, 2009, marked as Confidential, including Exhibits 63 through 120 are being lodged under seal;

7. Deposition of Michael Stefaniuk, Volume 1, taken October 27, 2009, designated as Highly Confidential - For Attorneys' Eyes Only, including Exhibits 121 through 148 are being lodged under seal;

///

8. Deposition of Michael Stefaniuk, Volume 2, taken October 27, 2009, designated as Highly Confidential - For Attorneys' Eyes Only, including Exhibit 149 are being lodged under seal;

9. Deposition of Jesse Willms, Volume 1, taken October 29, 2009, designated as Highly Confidential - For Attorneys' Eyes Only, including Exhibits 167 through 185 are being lodged under seal; and,

10. Deposition of Jesse Willms, Volume 2, taken October 29, 2009, designated as Highly Confidential - For Attorneys' Eyes Only, including Exhibits 186 through 209 is being lodged under seal.

DATED: November 12, 2009

Respectfully submitted,

KAYE SCHOLER LLP

By: *D. Pollak*
Darya V. Pollak
Attorneys for Plaintiff
CONSUMERINFO.COM, INC.

Page 1

0001

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

---

CONSUMERINFO.COM, INC., a ) Case No. SACV09-0055 DOC
California Corporation, )
                        )
        Plaintiff,      )
                        )
    v.                  )
                        )
JESSE WILLMS, an individual; )
EDIRECT, a Canadian Partnership; )
1016363 ALBERTA LTD., a )
Canadian Corporation; 1021018 )
ALBERTA LTD., a Canadian )
Corporation; all doing business as )
"WU-YI SOURCE," "JUST )
THINK MEDIA," and "CREDIT )
REPORT AMERICA," )
                        )
        Defendants.     )

---

DEPOSITION OF
1021018 Alberta Ltd.

Edmonton, Alberta, Canada
October 30, 2009

Volume 1

---

Rhonda R. Trotter, Esq.       For the Plaintiff

J. M. Rosenfeld, Esq.          For the Defendants

Lee O'Geil, CLVS               Videographer

Jenn vanRootselaar, CSR(A)     Court Reporter

BenchmarkDepo- The Deposition Services Company 310.556.0595

**LODGED UNDER SEAL PURSUANT TO
STIPULATION AND ORDER ENTERED
MAY 12, 2009**

ConsumerInfo.com, Inc v. Jesse Willms, et al.
U.S. District Court for the Central District of California
Case No. SACV09-055 DOC (MLGx)

Confidential

Page 137

0137

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CONSUMERINFO.COM, INC., a ) Case No. SACV09-0055 DOC
California Corporation,      )
                             )
            Plaintiff,       )
                             )
     v.                      )
                             )
JESSE WILLMS, an individual; )
EDIRECT, a Canadian Partnership;  )
1016363 ALBERTA LTD., a      )
Canadian Corporation; 1021018 )
ALBERTA LTD., a Canadian     )
Corporation; all doing business as )
"WU-YI SOURCE," "JUST        )
THINK MEDIA," and "CREDIT    )
REPORT AMERICA,"             )
                             )
            Defendants.      )

(Attorneys' Eyes Only, Subject to Protective Order)

CONTINUED DEPOSITION OF
1021018 Alberta Ltd.

Edmonton, Alberta, Canada
October 30, 2009

Volume 2

| | |
|---|---|
| Rhonda R. Trotter, Esq. | For the Plaintiff |
| J. M. Rosenfeld, Esq. | For the Defendants |
| Lee O'Geil, CLVS | Videographer |
| Jenn vanRootselaar, CSR(A) | Court Reporter |

BenchmarkDepo- The Deposition Services Company 310.556.0595

**LODGED UNDER SEAL PURSUANT TO
STIPULATION AND ORDER ENTERED
MAY 12, 2009**

ConsumerInfo.com, Inc v. Jesse Willms, et al.
U.S. District Court for the Central District of California
Case No. SACV09-055 DOC (MLGx)

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

SACV09-0055

------------------------------x

CONSUMERINFO.COM, INC., a
California corporation,

        Plaintiff,

    v.

JESSE WILLMS, an
individual; EDIRECT, a
Canadian Partnership and
DOES 1-10, inclusive,

        Defendants.

------------------------------x


Video Deposition of JUSTIN D'ANGELO

(Taken by Plaintiff)

Raleigh, North Carolina

September 29, 2009


Reported by:    Marisa Munoz-Vourakis -
                RMR, CRR and Notary Public

Kiedyk, Szymon:  10/28/2009

Page 1

0001

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

---

CONSUMERINFO.COM, INC., a ) Case No. SACV09-0055 DOC
California Corporation,   )
                          )
            Plaintiff,    )
                          )
       v.                 )
                          )
JESSE WILLMS, an individual; )
EDIRECT, a Canadian Partnership; )
1016363 ALBERTA LTD., a   )
Canadian Corporation; 1021018 )
ALBERTA LTD., a Canadian  )
Corporation; all doing business as )
"WU-YI SOURCE," "JUST     )
THINK MEDIA," and "CREDIT )
REPORT AMERICA,"          )
                          )
            Defendants.   )

---

DEPOSITION OF
SZYMON ANDREW KIEDYK

Edmonton, Alberta, Canada
October 28, 2009

Volume 1

---

| | |
|---|---|
| Rhonda R. Trotter, Esq. | For the Plaintiff |
| J. M. Rosenfeld, Esq. | For the Defendants |
| Lee O'Geil, CLVS | Videographer |
| Jenn vanRootselaar, CSR(A) | Court Reporter |

**LODGED UNDER SEAL PURSUANT TO
STIPULATION AND ORDER ENTERED
MAY 12, 2009**

ConsumerInfo.com, Inc v. Jesse Willms, et al.
U.S. District Court for the Central District of California
Case No. SACV09-055 DOC (MLGx)

Kiedyk, Szymon: 10/28/2009
Confidential

Page 180

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

---

| | |
|---|---|
| CONSUMERINFO.COM, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> JESSE WILLMS, an individual; EDIRECT, a Canadian Partnership; 1016363 ALBERTA LTD., a Canadian Corporation; 1021018 ALBERTA LTD., a Canadian Corporation; all doing business as "WU-YI SOURCE," "JUST THINK MEDIA," and "CREDIT REPORT AMERICA," <br><br> Defendants. | Case No. SACV09-0055 DOC |

(Attorneys' Eyes Only, Subject to Protective Order)

---

CONTINUED DEPOSITION OF
SZYMON ANDREW KIEDYK

Edmonton, Alberta, Canada
October 28, 2009

Volume 2

---

| | |
|---|---|
| Rhonda R. Trotter, Esq. | For the Plaintiff |
| J. M. Rosenfeld, Esq. | For the Defendants |
| Lee O'Geil, CLVS | Videographer |
| Jenn vanRootselaar, CSR(A) | Court Reporter |

BenchmarkDepo- The Deposition Services Company   Condensed- Not a Certified Copy           310.556.0595

**LODGED UNDER SEAL PURSUANT TO**
**STIPULATION AND ORDER ENTERED**
**MAY 12, 2009**
ConsumerInfo.com, Inc v. Jesse Willms, et al.
U.S. District Court for the Central District of California
Case No. SACV09-055 DOC (MLGx)

```
                                                                    1
 1            * * * C O N F I D E N T I A L * * *
 2                 UNITED STATES DISTRICT COURT
 3                 CENTRAL DISTRICT OF CALIFORNIA
 4                        WESTERN DIVISION
 5
 6   CONSUMERINFO.COM, INC., a    )
     California corporation,      )
 7                                )
                  Plaintiff,      )
 8                                )
              vs.                 )    No. SACV09-0055
 9                                )        DOC (MLGx)
     JESSE WILLMS, an             )
10   individual; EDIRECT, a       )
     Canadian partnership;        )
11   1016363 ALBERTA LTD., a      )
     Canadian corporation; all    )
12   doing business as "WU-YI     )
     SOURCE," "JUST THINK         )
13   MEDIA," and "CREDIT          )
     REPORT AMERICA,"             )
14                                )
                  Defendants.     )
15   ---------------------------  )
16
17                   October 7, 2009
18                      9:22 a.m.
19
20          Deposition of CRAIG LEONARD, held at
21      the offices of Kaye Scholer, 425 Park Avenue,
22      New York, New York, before Laurie A. Collins,
23      a Registered Professional Reporter and Notary
24      Public of the State of New York.
25
```

VERITEXT REPORTING COMPANY
(212) 279-9424            www.veritext.com            (212) 490-3430
LODGED UNDER SEAL PURSUANT TO
STIPULATION AND ORDER ENTERED
MAY 12, 2009
ConsumerInfo.com, Inc v. Jesse Willms, et al.
U.S. District Court for the Central District of California
Case No. SACV09-055 DOC (MLGx)

Page 1

0001

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CONSUMERINFO.COM, INC., a ) Case No. SACV09-0055 DOC
California Corporation, )
 )
            Plaintiff, )
 )
     v. )
 )
JESSE WILLMS, an individual; )
EDIRECT, a Canadian Partnership; )
1016363 ALBERTA LTD., a )
Canadian Corporation; 1021018 )
ALBERTA LTD., a Canadian )
Corporation; all doing business as )
"WU-YI SOURCE," "JUST )
THINK MEDIA," and "CREDIT )
REPORT AMERICA," )
 )
            Defendants. )

DEPOSITION OF
MICHAEL WILLIAM STEFANIUK

Edmonton, Alberta, Canada
October 27, 2009

Volume 1

Rhonda R. Trotter, Esq.      For the Plaintiff

J. M. Rosenfeld, Esq.        For the Defendants

Lee O'Geil, CLVS             Videographer

Jenn vanRootselaar, CSR(A)   Court Reporter

BenchmarkDepo- The Deposition Services Company 310.556.0595

**LODGED UNDER SEAL PURSUANT TO
STIPULATION AND ORDER ENTERED
MAY 12, 2009**
ConsumerInfo.com, Inc v. Jesse Willms, et al.
U.S. District Court for the Central District of California
Case No. SACV09-055 DOC (MLGx)

Stefaniuk, Michael:  10/27/2009
Confidential

Page 238

0238

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

---

CONSUMERINFO.COM, INC., a       ) Case No. SACV09-0055 DOC
California Corporation,         )
                                )
            Plaintiff,          )
                                )
     v.                         )
                                )
JESSE WILLMS, an individual;    )
EDIRECT, a Canadian Partnership;)
1016363 ALBERTA LTD., a         )
Canadian Corporation; 1021018   )
ALBERTA LTD., a Canadian        )
Corporation; all doing business as )
"WU-YI SOURCE," "JUST           )
THINK MEDIA," and "CREDIT       )
REPORT AMERICA,"                )
                                )
            Defendants.         )

(Attorneys' Eyes Only, Subject to Protective Order)

---

CONTINUED DEPOSITION OF
MICHAEL WILLIAM STEFANIUK

Edmonton, Alberta, Canada
October 27, 2009

Volume 2

---

Rhonda R. Trotter, Esq.         For the Plaintiff

J. M. Rosenfeld, Esq.           For the Defendants

Lee O'Geil, CLVS                Videographer

Jenn vanRootselaar, CSR(A)      Court Reporter

BenchmarkDepo- The Deposition Services Company    Condensed- Not a Certified Copy    310.556.0595

**LODGED UNDER SEAL PURSUANT TO STIPULATION AND ORDER ENTERED MAY 12, 2009**
ConsumerInfo.com, Inc v. Jesse Willms, et al.
U.S. District Court for the Central District of California
Case No. SACV09-055 DOC (MLGx)

Page 1

0001

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

---

| | |
|---|---|
| CONSUMERINFO.COM, INC., a California Corporation, ) ) | Case No. SACV09-0055 DOC |
| Plaintiff, ) ) | |
| v. ) ) | |
| JESSE WILLMS, an individual; ) EDIRECT, a Canadian Partnership; ) 1016363 ALBERTA LTD., a ) Canadian Corporation; 1021018 ) ALBERTA LTD., a Canadian ) Corporation; all doing business as ) "WU-YI SOURCE," "JUST ) THINK MEDIA," and "CREDIT ) REPORT AMERICA," ) ) Defendants. ) | |

---

DEPOSITION OF
JESSE DAVID WILLMS

Edmonton, Alberta, Canada
October 29, 2009

Volume 1

---

| | |
|---|---|
| Rhonda R. Trotter, Esq. | For the Plaintiff |
| J. M. Rosenfeld, Esq. | For the Defendants |
| Lee O'Geil, CLVS | Videographer |
| Jenn vanRootselaar, CSR(A) | Court Reporter |

BenchmarkDepo- The Deposition Services Company 310.556.0595

**LODGED UNDER SEAL PURSUANT TO
STIPULATION AND ORDER ENTERED
MAY 12, 2009**
ConsumerInfo.com, Inc v. Jesse Willms, et al.
U.S. District Court for the Central District of California
Case No. SACV09-055 DOC (MLGx)

0142

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

---

CONSUMERINFO.COM, INC., a ) Case No. SACV09-0055 DOC
California Corporation,   )
                          )
            Plaintiff,    )
                          )
    v.                    )
                          )
JESSE WILLMS, an individual; )
EDIRECT, a Canadian Partnership; )
1016363 ALBERTA LTD., a   )
Canadian Corporation; 1021018 )
ALBERTA LTD., a Canadian  )
Corporation; all doing business as )
"WU-YI SOURCE," "JUST     )
THINK MEDIA," and "CREDIT )
REPORT AMERICA,"          )
                          )
            Defendants.   )

(Attorneys' Eyes Only, Subject To Protective Order)

---

CONTINUED DEPOSITION OF
JESSE DAVID WILLMS

Edmonton, Alberta, Canada
October 29, 2009

Volume 2

---

Rhonda R. Trotter, Esq.          For the Plaintiff

J. M. Rosenfeld, Esq.            For the Defendants

Lee O'Geil, CLVS                 Videographer

Jenn vanRootselaar, CSR(A)       Court Reporter

BenchmarkDepo- The Deposition Services Company 310.556.0595
LODGED UNDER SEAL PURSUANT TO
STIPULATION AND ORDER ENTERED
MAY 12, 2009
ConsumerInfo.com, Inc v. Jesse Willms, et al.
U.S. District Court for the Central District of California
Case No. SACV09-055 DOC (MLGx)