UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-00055-DOC (MLGx) | Date | November 24, 2009 |
|---|---|---|---|
| Title | ConsumerInfo.com v. Jesse Willms et al. | | |

| Present: The Honorable | Marc L. Goldman, Magistrate Judge | |
|---|---|---|
| S. Mikhail for Terri Steele | | CourtSmart 11/24/09 (under seal) |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Theodore W. Maya | | Karl S. Kronenberger<br>Jeffrey M. Rosenfeld |

**Proceedings:**   In Court: Order Granting in Part Plaintiff's Motion to Compel, filed November 3, 2009

For the reasons stated on the record at the hearing held this date, Plaintiff's motion to compel is granted in part, as follows.

The parties shall arrange for third party forensic imaging of (1) Defendants' Sherwood Park servers to identify financial information, loose electronic documents, and email, including attachments; and (2) Defendants' other computers and email accounts. The third party shall to be agreed upon by the parties, and the imaging and subsequent production shall take place under the protocol and schedule stated on the record at the hearing.

By November 25, 2009, Defendants shall sign a release granting Google permission to provide Plaintiff with information for accounts related to this action.

By December 1, 2009, Defendants shall produce login information for the Google AdWords account or accounts to which he has access. On the same day, Defendant Willms shall verify in a declaration, under penalty of perjury, that no other accounts exist. Plaintiff will generate an Ad Performance report or reports pursuant to the protocol agreed upon by the parties. All information produced or revealed as a result of this access is subject to the protective order and shall be designated attorney eyes only.

By December 8, 2009, Defendants shall obtain and produce all non-privileged documents relating to any complaints lodged against him for trademark or copyright infringement. This includes cease and desist letters. If Defendants do not currently possess responsive documents, they shall obtain them from counsel retained for those matters, where applicable.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-00055-DOC (MLGx) | Date | November 24, 2009 |
|---|---|---|---|
| Title | ConsumerInfo.com v. Jesse Willms et al. | | |

By December 8, 2009, Defendants shall produce the requested financial information regarding revenue from credit reports and all upsells in a readable, understandable format. If the information provided to Plaintiff by December 8, 2009 is insufficient, Plaintiff may renew the issue at the December 15, 2009, hearing on Defendants' motion to compel.

Defendants shall produce responsive documents for each and every website registered to him that offers credit report and/or credit related services.

Defendants shall amend his discovery responses to reflect the adoption of Plaintiff's definition of "affiliate marketer." To the extent this results in documents becoming responsive to discovery requests, Defendant shall produce those documents.

Defendant Willms shall submit a declaration, swearing under penalty of perjury, that he has (1) complied with this order; and (2) produced all documents that are responsive to Plaintiff's discovery requests as amended or interpreted in this order.

The parties are instructed to refrain from submitting boilerplate objections to any future discovery requests.

All documents produced shall be subject to the protective order previously filed in the case.

| | 3 : 40 |
|---|---|
| Initials of Clerk | sdm |