Name & Address:
Rhonda R. Trotter (SBN 169241)
Theodore W. Maya (SBN 2223242)
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 788-1000

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CONSUMERINFO.COM, INC., | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SACV09-0055 DMG (MLGx) |
| v. | |
| JESSE WILLMS, et al. | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

(1) Ex Parte Application to File Documents Under Seal, Declaration of Darya Pollak in Support Thereof; (2) Proposed Order Granting ConsumerInfo.com's Ex Parte Application to File Documents Under Seal; and (3) Declaration of Theodore Maya in Support of ConsumerInfo's Motion for Partial Summary Judgment

**Document Description:**

- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☐ Other

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*):

February 12, 2010
Date

_T. Maya_
Attorney Name

ConsumerInfo.com, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)     NOTICE OF MANUAL FILING