KAYE SCHOLER LLP

1
2
3
4
5
6
7
8
9     UNITED STATES DISTRICT COURT

10     FOR THE CENTRAL DISTRICT OF CALIFORNIA

11     WESTERN DIVISION

12

13   CONSUMERINFO.COM, INC., a          ) CASE NO. SACV09-0055 DMG
     California corporation,            ) (MLGx)
                                        )
14            Plaintiff,                )
                                        )
15        v.                            )
                                        )
16   JESSE WILLMS, an individual;       ) **[PROPOSED] ORDER GRANTING**
     EDIRECT, a Canadian Partnership;   ) **CONSUMERINFO.COM'S MOTION**
17   1016363 ALBERTA LTD., a            ) **FOR PARTIAL SUMMARY**
     Canadian Corporation; 1021018      ) **JUDGMENT**
18   ALBERTA LTD., a Canadian           )
     Corporation; all doing business as )
19   "WU-YI SOURCE," "JUST THINK        )
     MEDIA," and "CREDIT REPORT         )
20   AMERICA,"                          )
                                        )
21            Defendants.               )
                                        )
22   _____   )
                                        )
23   AND RELATED                        )
     COUNTERCLAIM.                      )
24                                      )
                                        )
25                                      )
                                        )
26   _____   )

27

28

The motion of Plaintiff ConsumerInfo.com, Inc. for Partial Summary Judgment came on for hearing before this Court on March 12, 2010.

After consideration of the briefs and arguments of counsel and all other matters submitted before the Court, ConsumerInfo's Motion For Partial Summary Judgment is GRANTED on:

- Defendants' single counterclaim for cancellation of ConsumerInfo's FREECREDITREPORT.COM trademark due to alleged fraud on the PTO.  The counterclaim is hereby DISMISSED WITH PREJUDICE;
- Defendants' affirmative defense of failure to state a cause of action;
- Defendants' affirmative defense of unclean hands;
- Defendants' affirmative defense of failure to mitigate damages;
- Defendants' affirmative defense of superseding events and acts of third parties:
- Defendants' affirmative defense of in pari delicto;
- Defendants' affirmative defense of  allocation of fault;
- Defendants' affirmative defense of laches;
- Defendants' affirmative defense of waiver;
- Defendants' affirmative defense of  estoppel;
- Defendants' affirmative defense of abandonment;
- Defendants' affirmative defense of fair use.

**IT IS SO ORDERED.**

Dated: _____          By:  _____

Hon. Dolly M. Gee,

United States District Judge

KAYE SCHOLER LLP