**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Henry M. Burgoyne, III (Bar No. 203748)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@KBInternetLaw.com
hank@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Defendants Jesse Willms, eDirect, 1016363 Alberta, Ltd. and 1021018 Alberta Ltd.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CONSUMERINFO.COM, INC.,** a California corporation,<br><br>Plaintiff & Cross-Defendant,<br><br>v.<br><br>**JESSE WILLMS**, *et al.*<br><br>Defendants. | CASE NO. SACV09-0055 DMG (MLGx)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY ADJUDICATION**<br><br>Date:     March 12, 2010<br>Time:    2:00 pm<br>Place:   Courtroom 7<br><br>Before Hon. Dolly M. Gee, Judge |
| **JESSE WILLMS** and **EDIRECT**,<br><br>Cross-Plaintiffs,<br><br>v.<br><br>**CONSUMERINFO.COM, INC.**,<br><br>Cross-Defendant. | |

CASE NO. SACV09-0055 DMG (MLGx)   **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY ADJUDICATION**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on March 12, 2010, at 2:00 pm, or as soon thereafter as the matter may be heard in the above-titled Court, in Courtroom 7 of the United States District Court, Central District of California, located at 312 N. Spring Street, Los Angeles, CA 90012, Defendants Jesse Willms, eDirect, 1016363 Alberta LTD., and 1021018 Alberta LTD. (collectively, "Defendants"), will move, and do respectfully request that:

- the Court issue an order granting Defendants' motion for summary adjudication;
- the Court grant judgment to Defendants on their counterclaim for fraud on the trademark office; and
- the Court dismiss Plaintiff's first, third, fourth, fifth, sixth, seventh and eighth causes of action as to all Defendants;
- The Court dismiss Plaintiff's second, ninth, tenth, and eleventh causes of action as to Defendant Jesse Willms.

This motion is based upon this Notice, the Memorandum of Points and Authorities in Support of the Motion for Summary Adjudication, the Proposed Statement of Uncontroverted Facts and Conclusions of Law, the declarations of Jesse Willms, Frederick B. Cohen, Irving S. Rappaport, and Jeffrey M. Rosenfeld (and exhibits thereto), and any other evidence that may be adduced at hearing.

This motion is made following the conferences of counsel pursuant to L.R. 7-3 which took place on January 27 and February 10, 2010. Defendants sent Plaintiffs three separate letters, initiating the meet-and-confer process regarding different issues raised in Defendants' motion for summary adjudication. Defendants sent these letters to Plaintiff on January 22, February 2, and February 4 by electronic mail, per the agreement among counsel. Under the Standing Order for the Honorable David O.

CASE NO. SACV09-0055 DMG (MLGx)   1   **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY ADJUDICATION**

Carter and under the Standing Order for the Honorable Dolly M. Gee, these letters were all sent more than ten days before Defendants filed this motion. Defendants later learned that the Honorable Dolly M. Gee hears motions for summary judgment on Fridays, making Defendants' final letter tardy by two days. Despite this tardiness, the parties engaged in a thorough meet-and-confer regarding all of the issues raised in this final letter.

Respectfully submitted,

DATED:  February 12, 2010             KRONENBERGER BURGOYNE, LLP

                                      By:   /s/Karl S. Kronenberger
                                            Karl S. Kronenberger

                                      Attorneys for Defendants and
                                      Counter-Plaintiffs Jesse Willms,
                                      eDirect, 1016363 Alberta Ltd. and
                                      1021018 Alberta Ltd.