# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CONSUMERINFO.COM, INC.,** a California corporation,<br><br>Plaintiff & Cross-Defendant,<br><br>v.<br><br>**JESSE WILLMS**, *et al.*<br><br>Defendants.<br><br>**JESSE WILLMS** and **EDIRECT**,<br><br>Cross-Plaintiffs,<br><br>v.<br><br>**CONSUMERINFO.COM, INC.**,<br><br>Cross-Defendant. | CASE NO. SACV09-0055 DMG (MLGx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION** |

CASE NO. SACV09-0055 DMG (MLGx)  **[PROP] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION**

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

# [PROPOSED] ORDER

Defendants' Motion for Summary Adjudication was presented to this Court on March 12, 2010. Having considered the Motion, the statement of undisputed facts and conclusions of law, the memoranda and declarations filed by both sides, oral argument of counsel, the pleadings and papers filed in this action, and the relevant statutory and case law, and good cause appearing therefore:

IT IS HEREBY ORDERED that Defendants' Motion for Summary Adjudication is granted.

IT IS HEREBY FURTHER ORDERED that the Court grants judgment to Defendants on their counterclaim for fraud on the trademark office.

IT IS HEREBY FURTHER ORDERED that Plaintiff ConsumerInfo.com, Inc.'s first claim for trademark and trade dress infringement under the Lanham Act (15 U.S.C. §§ 1114, 1125(a)) is dismissed with prejudice.

IT IS HEREBY FURTHER ORDERED that Plaintiff ConsumerInfo.com, Inc.'s second claim for false advertising under the Lanham Act (15 U.S.C. § 125(a)) is dismissed with prejudice as to Defendant Jesse Willms.

IT IS HEREBY FURTHER ORDERED that Plaintiff ConsumerInfo.com, Inc.'s third claim for unfair competition under the Lanham Act (15 U.S.C. §1125) is dismissed with prejudice.

IT IS HEREBY FURTHER ORDERED that Plaintiff ConsumerInfo.com, Inc.'s fourth claim for trademark dilution under the Lanham Act (15 U.S.C. § 1125(c), is dismissed with prejudice.

IT IS HEREBY FURTHER ORDERED that Plaintiff ConsumerInfo.com, Inc.'s fifth claim for counterfeiting under the Lanham Act (15 U.S.C. §1114(1)) is dismissed with prejudice.

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

1    IT IS HEREBY FURTHER ORDERED that Plaintiff ConsumerInfo.com, Inc.'s sixth claim for vicarious liability under the Lanham Act (15 U.S.C. §§ 1114, 1125) is dismissed with prejudice.

IT IS HEREBY FURTHER ORDERED that Plaintiff ConsumerInfo.com, Inc.'s seventh claim for contributory liability under the Lanham Act (15 U.S.C. §§ 1114, 1125) is dismissed with prejudice.

IT IS HEREBY FURTHER ORDERED that Plaintiff ConsumerInfo.com, Inc.'s eighth claim for common law trademark infringement is dismissed with prejudice.

IT IS HEREBY FURTHER ORDERED that Plaintiff ConsumerInfo.com, Inc.'s ninth claim for copyright infringement is dismissed with prejudice as to Defendant Jesse Willms.

IT IS HEREBY FURTHER ORDERED that Plaintiff ConsumerInfo.com, Inc.'s tenth claim for vicarious copyright infringement is dismissed with prejudice as to Defendant Jesse Willms.

IT IS HEREBY FURTHER ORDERED that Plaintiff ConsumerInfo.com, Inc.'s eleventh claim for contributory copyright infringement is dismissed with prejudice as to Defendant Jesse Willms.

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Dolly M. Gee
Judge of the United States District Court
for the Central District of California