**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Henry M. Burgoyne, III (Bar No. 203748)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@KBInternetLaw.com
hank@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Defendants Jesse Willms,
eDirect, 1016363 Alberta, Ltd. and 1021018
Alberta Ltd.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CONSUMERINFO.COM, INC.,** a California corporation,<br><br>Plaintiff & Cross-Defendant,<br><br>v.<br><br>**JESSE WILLMS**, *et al.*<br><br>Defendants.<br>_____<br><br>**JESSE WILLMS** and **EDIRECT**,<br><br>Cross-Plaintiffs,<br><br>v.<br><br>**CONSUMERINFO.COM, INC.**,<br><br>Cross-Defendant. | CASE NO. SACV09-0055 DMG (MLGx)<br><br>**DEFENDANTS' PROPOSED STATEMENT OF UNDISPUTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR SUMMARY ADJUDICATION**<br><br>Date:       March 12, 2010<br>Time:       2:00 pm<br>Place:      Courtroom 7<br><br>Before Hon. Dolly M. Gee, Judge |

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

**DEFS' PROP. STATE. OF UNDISPUTED FACTS & CONCLUSIONS OF LAW**

Pursuant to Local Rule 56-1, Defendants submit their Proposed Statement of Undisputed Facts and Conclusions of Law in Support of Motion for Summary Adjudication.

**I.     Proposed Statement of Undisputed Facts.**

| No. | Proposed Fact | Evidence |
|---|---|---|
| | **A.     Alberta Defendants' Business Model.** | |
| | **1.     Organization of Defendants.** | |
| 1. | Defendant 1016363 Alberta Ltd. is a numbered Alberta corporation. | Declaration of Jesse Willms in Support of Defendants' Motion for Summary Adjudication ("Willms Decl.") ¶2 & Ex. A. |
| 2. | Defendant 1021018 Alberta Ltd. is a numbered Alberta corporation. | Willms Decl. ¶2 & Ex. B. |
| 3. | Defendant 1016363 Alberta Ltd. is an active and valid Alberta, Canada corporation. | Willms Decl. ¶2 & Ex. A. |
| 4. | Defendant 1021018 Alberta Ltd. is an active and valid Alberta, Canada corporation. | Willms Decl. ¶2 & Ex. B. |
| 5. | Credit Report America is a registered trade name for Defendant 1021018 Alberta Ltd. | Willms Decl. ¶2 & Ex. C. |
| 6. | Just Think Media is a registered trade name for Defendant 1021018 Alberta Ltd. | Willms Decl. ¶2 & Ex. D. |
| 7. | EDirectSoftware is a partnership owned in part by Defendant 1021018 Alberta Ltd. and in | Willms Decl. ¶2 & Ex. F. |

1

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

| | | |
|---|---|---|
| | part by Defendant 1016363 Alberta Ltd. | |
| 8. | WuYi Source is a registered trade name for Defendant 1021018 Alberta Ltd. | Willms Decl. ¶2 & Ex. E. |
| 9. | Defendant Jesse Willms is the President and founder of Defendants 1016363 Alberta Ltd. and 1021018 Alberta Ltd. | Willms Decl. ¶2. |
| | **2.   Alberta Defendants' Business Model.** | |
| 10. | Defendants 1021018 Alberta Ltd. and 1016363 Alberta Ltd. (collectively, the "Alberta Defendants") operate a diverse line of e-commerce businesses. | Willms Decl. ¶3. |
| 11. | The Alberta Defendants sell everything from nutritional supplements to herbal tea to teeth whitening products. | Willms Decl. ¶3. |
| 12. | The Alberta Defendants sell their goods and services on several proprietary e-commerce websites, which they own and operate. | Willms Decl. ¶3. |
| 13. | Consumers are able to purchase the Alberta Defendants' goods and services on the Alberta Defendants' websites. | Willms Decl. ¶3. |
| | **3.   Alberta Defendants' Advertising Model.** | |
| 14. | Generally, the Alberta Defendants do not advertise their goods and services | Willms Decl. ¶4. |

**DEFS' PROP. STATE. OF UNDISPUTED
FACTS & CONCLUSIONS OF LAW**

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

| | | |
|---|---|---|
| | themselves. | |
| 15. | Rather the Alberta Defendants contract with third parties to advertise their goods and services. | Willms Decl. ¶4. |
| 16. | Some of these third parties are known as "affiliate networks."  An affiliate network acts as an intermediary between merchants and publishers (affiliates).   A merchant engages an affiliate network to promote the merchant's offer by entering into an arms-length contract called an insertion order.  The insertion order typically specifies the types of advertisements to be used to promote an offer (e.g. email ads, banner ads, search result ads).  The network's affiliates are then able to review the merchant's offer (and the restrictions on advertisements for that offer) and decide whether they want to publish advertisements for that offer. | Willms Decl. ¶4. |
| 17. | Affiliate networks consider the identities of their affiliates to be a valuable trade secret and do not disclose these identities to merchants absent exceptional circumstances. | Willms Decl. ¶5. |
| 18. | Merchants compensate affiliate networks each time an affiliate sends a consumer to the merchant's website and that consumer buys the merchant's good or service.  The network, | Willms Decl. ¶6. |

DEFS' PROP. STATE. OF UNDISPUTED
FACTS & CONCLUSIONS OF LAW

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

| | | |
|---|---|---|
| | in turn, compensates its affiliates based on the same model. | |
| 19. | The Alberta Defendants also contract with media buyers to promote their goods and services.  Unlike affiliate networks, media buyers negotiate with third parties to display the merchant's advertisements.  In the context of online advertising, a media buyer might contract with a third party to display banner advertisements on a specific website.  Typically, the media buyer is compensated as a percentage of the amount of media purchased by the merchant. | Willms Decl. ¶7. |
| | **4.      The Google AdWords System.** | |
| 20. | AdWords is Google's flagship advertising product.  With AdWords, advertisers specify the keywords that will trigger their ads and the maximum amount they will pay each time a user clicks on that ad (the "bid"). | Willms Decl. ¶8. |
| 21. | When a user runs a search on Google's search engine, ads associated with the searched keywords are displayed as "sponsored links" on the right side of the screen, and sometimes above the main search results. | Willms Decl. ¶8. |
| 22. | The sponsored links comprise four lines of | Willms Decl. ¶8. |

DEFS' PROP. STATE. OF UNDISPUTED
FACTS & CONCLUSIONS OF LAW

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

| | | |
|---|---|---|
| | text: a) the Headline (which is a hyperlink), b) the Description line 1; c) the Description line 2; and d) the Display URL (which is a hyperlink). | |
| 23. | When a user clicks on a sponsored link, Google charges the advertiser for the click, in an amount less than or equal to the advertiser's bid. | Willms Decl. ¶8. |
| 24. | AdWords also allows advertisers to display banner ads. | Willms Decl. ¶9. |
| 25. | Banner ads are images embedded in web pages.  The image (which is typically in the shape of a square or rectangle) contains a hyperlink to the advertiser's website.   The image typically contains text, graphics, and/or photographs that relate to the advertiser's goods or services. | Willms Decl. ¶9. |
| 26. | Unlike sponsored links, Google does not use keywords to determine whether to display banner ads.  Rather, Google scans the text of websites that have agreed to display ads, searching for terms that are relevant to different categories of advertisements.  Based on these scanned terms, Google decides which advertisements to display. | Willms Decl. ¶10. |
| 27. | Like sponsored link ads, Google charges an | Willms Decl. ¶11. |

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

| | | |
|---|---|---|
| 1 2 | advertiser each time a user clicks on its banner ad. | |
| 3 4 | **B.    Alberta Defendants' Credit Report America Business.** | |
| 5 6 7 8 9 | 28. | In August 2008, the Alberta Defendants launched a new service and website, located at <www.creditreportamerica.com> ("Credit Report America"). | Willms Decl. ¶12. |
| 10 11 12 13 | 29. | The Alberta Defendants engaged third party contractor, Nethuesindia, located in India, to design and implement the Credit Report America website. | Willms Decl. ¶12. |
| 14 15 16 | 30. | Credit Report America offered consumers information about credit scores, credit reports, identity theft, and online security. | Willms Decl. ¶13. |
| 17 18 19 20 21 22 23 | 31. | Additionally, Credit Report America instructed consumers on how to get their free credit reports, as required to be provided under the Fair and Accurate Credit Transactions Act ("FACTA") from the three major credit bureaus. | Willms Decl. ¶13. |
| 24 25 26 27 28 | 32. | Consumers who signed up for Credit Report America received a seven day trial for free, $1.00, or $2.95 depending on when they signed up (the prices went up over the life of Credit Report America). | Willms Decl. ¶14. |

**DEFS' PROP. STATE. OF UNDISPUTED
FACTS & CONCLUSIONS OF LAW**

| 33. | If consumers did not cancel their trial membership in Credit Report America, they were then charged on a monthly basis for their access to the Credit Report America resources. | Willms Decl. ¶14. |
|---|---|---|
| 34. | The Alberta Defendants stopped taking orders through the Credit Report America website in April 2009, and ultimately shut down the Credit Report America program altogether. | Willms Decl. ¶15. |
| | **1. Alberta Defendants Contract with Third Parties to Promote Credit Report America.** | |
| 35. | The Alberta Defendants contracted with several third parties to promote Credit Report America. | Willms Decl. ¶16. |
| 36. | The Alberta Defendants did not advertise Credit Report America themselves. | Willms Decl. ¶16. |
| 37. | In August 2008, the Alberta Defendants entered into an insertion order with the affiliate network, IntegraClick *dba* ClickBooth ("ClickBooth").   In this Insertion order, ClickBooth agreed to promote Credit Report America through its network of affiliates. | Willms Decl. ¶17 & Ex. G. |
| 38. | In August 2008, the Alberta Defendants also began working with the media buyer ROI Revolution, Inc. ("ROI") to promote Credit | Willms Decl. ¶18. |

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

**DEFS' PROP. STATE. OF UNDISPUTED FACTS & CONCLUSIONS OF LAW**

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

| | | |
|---|---|---|
| | Report America.   As is typical with media buyers, the Alberta Defendants paid ROI ten percent of the value of the media purchases that ROI arranged. | |
| 39. | In October 2008, the Alberta Defendants entered into an insertion order with the affiliate network, Media Trust *dba* Advaliant ("Advaliant").  In this Insertion order, Advaliant agreed to promote Credit Report America through its network of affiliates and through other affiliate networks. | Willms Decl. ¶19 & Ex. H. |
| 40. | Over the next several months, ClickBooth and Advaliant made the Credit Report America offer available to their affiliates to promote. | Willms Decl. ¶20. |
| 41. | Over the next several months, ROI worked with third party media outlets to display advertisements for Credit Report America. | Willms Decl. ¶21. |
| 42. | Through the efforts of ClickBooth, Advaliant, and ROI (and their affiliates and partners), a variety of advertisements were published for Credit Report America on the Internet.  These advertisements included banner ads, contextual ads, search engine text ads and, email advertisements, blogs, pop-up ads, and pop-under ads. | Willms Decl. ¶22. |
| 43. | Defendants did not create or publish the | Willms Decl. ¶23. |

**DEFS' PROP. STATE. OF UNDISPUTED
FACTS & CONCLUSIONS OF LAW**

| | | |
|---|---|---|
| | sponsored link ads for Credit Report America. | |
| 44. | While Defendants set up Google AdWords accounts for ROI to use to promote Credit Report America, Defendants did not edit this account or monitor account. Rather, Defendants created the account and turned it over to ROI for use in promoting Credit Report America. | Willms Decl. ¶24. |
| | **C.    Plaintiff's Business Model.** | |
| 45. | Plaintiff offers consumers with credit-related services through its website located at <www.freecreditreport.com> ("FreeCreditReport.com") | First      Amended Complaint      ("FAC") ¶14. |
| 46. | Plaintiff's      FreeCreditReport.com      website states that it provides consumers with a free credit report. | Declaration of Jeffrey M.      Rosenfeld      in Support      of Defendants' Summary Adjudication ("Rosenfeld Decl.") ¶2 & Ex. A. |
| 47. | For a consumer to obtain a credit report from FreeCreditReport.com, the consumer must sign up for Plaintiff's Triple Advantage credit monitoring service.   If a customer doesn't cancel      his/her      membership      in      Triple Advantage within 7 days, he/she is billed $14.95 a month. | Rosenfeld Decl ¶2 & Ex. A. |

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

**DEFS' PROP. STATE. OF UNDISPUTED FACTS & CONCLUSIONS OF LAW**

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

| | | **1.   Plaintiff's FreeCreditReport.com website.** | |
|---|---|---|---|
| | 48. | During September 2008, the FreeCreditReport.com website's landing page displayed a box of text organized into three columns, with the picture of the head of a blonde woman in the upper left corner. | Willms Decl. ¶25 & Ex. I |
| | 49. | Around January 2009, Plaintiff changed the FreeCreditReport.com website's landing page, removing the blonde female, reformatting the text, and displaying a young male "slacker." | Rosenfeld Decl ¶2 & Ex. A. |
| | 50. | There are countless third party websites that have a similar look and feel to Plaintiff's former landing page, *i.e.* with a large block of text organized in columns, with a smaller picture of a professional woman in the top corner.   Such similar websites can be discovered in a few minutes of Internet research. | Rosenfeld Decl ¶11 & Ex. J. |
| | | **2.   Plaintiff's Purported Trademark** | |
| | 51. | Plaintiff claims to have a valid trademark for FREECREDITREPORT.COM. | FAC ¶16. |
| | 52. | Plaintiff has acquired a United States trademark registration for FREECREDITREPORT.COM, Registration No. 3426854. | Rosenfeld Decl. ¶3 & Ex. B. |

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

| | | |
|---|---|---|
| 53. | Plaintiff submitted its application to register the FREECREDITREPORT.COM mark with United States Patent and Trademark Office ("PTO") on February 20, 2006 (the "Application"). | Rosenfeld Decl. ¶4 & Ex. C. |
| 54. | In the Application, Plaintiff stated that the "mark has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use in commerce for at least the five years immediately before the date of this statement." | Rosenfeld Decl. ¶4 & Ex. C. |
| 55. | In the Application, Plaintiff declared, "to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or to cause mistake or to deceive . . ." | Rosenfeld Decl. ¶4 & Ex. C. |
| 56. | On August 12, 2006 the PTO denied Plaintiff's Application. Among other things, the examining attorney refused registration because the FREECREDITREPORT.COM mark merely described Plaintiff's services. The PTO gave Plaintiff the opportunity to | Rosenfeld Decl. ¶5 & Ex. D. |

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5 | submit additional evidence to support a claim of distinctiveness.   Additionally, the PTO asked Plaintiff to "disclose whether the applicant provides credit report services at no monetary charge to the consumer." | |
| 6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22 | 57. | On February 13, 2007 Plaintiff responded to the PTO's August 12, 2006 office action. Plaintiff made the following representations in its response:<br><br>• "Through Applicant's more than seven years of substantially exclusive and continuous use, extensive advertising and sales, and substantial efforts to associate the mark with Applicant's services, Applicant's mark has acquired distinctiveness."<br><br>• "Applicant's Mark currently coexist[s] without confusion with other registered marks using the phrase CREDIT REPORT for similar services owned by other entities." | Rosenfeld Decl.  ¶6 & Ex. E. |
| 23<br>24<br>25<br>26 | 58. | On May 13, 2008, after the PTO received Plaintiff's February 13, 2007 response, the PTO issue a certificate of registration to Plaintiff for FREECREDITREPORT.COM. | Rosenfeld Decl.  ¶3 & Ex. B. |
| 27<br>28 | | **3.     Plaintiff's position regarding** | |

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

| | | marks that are similar to FREECREDITREPORT.COM | |
|---|---|---|---|
| | 59. | In Plaintiff's November 4, 2008 letter to Defendants, Plaintiff claimed that Defendants' use of the phrase "freecreditreport" infringed Plaintiff's trademark in FREECREDITREPORT.COM. | Willms Decl. ¶27 & Ex. J. |
| | 60. | In Plaintiff's December 29, 2008 letter to Defendants, Plaintiff claimed that Defendants' use of the phrase "$0 - freecreditreport®" infringed on Plaintiff's trademark in FREECREDITREPORT.COM. | Rosenfeld Decl. ¶7 & Ex. F. |
| | 61. | In response to Defendant Willms's Second Set of Interrogatories, Plaintiff identified the following alleged advertisements as counterfeits of Plaintiff's FREECREDITREPORT.COM mark:<br><br>• "[A] sponsored link heading reading Free Credit Report ™"<br><br>• "A sponsored link heading reading $0 FreeCreditreport ®" | Rosenfeld Decl. ¶8 & Ex. G. |
| | 62. | In Plaintiff's December 12, 2008 letter to a third party, Plaintiff claimed that the third party's use of the domain name <freetriplecreditscore.com> infringed on Plaintiff's trademark in | Rosenfeld Decl. ¶9 & Ex. H. |

**DEFS' PROP. STATE. OF UNDISPUTED FACTS & CONCLUSIONS OF LAW**

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

| | | | |
|---|---|---|---|
| 1 | | FREECREDITREPORT.COM. | |
| 2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | 63. | On September 24, 2009 Plaintiff initiated an arbitration proceeding under the Uniform Domain Name Dispute Resolution Policy to recover 1,017 domain names that Plaintiff claimed were confusingly similar with and infringed on Plaintiff's purported FREECREDITREPORT.COM mark (the "UDRP"). | Rosenfeld Decl. ¶10 & Ex. I. |
| 10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27 | 64. | By way of example only, in the UDRP, Plaintiff claimed that the following domains names were confusingly similar with and infringed on its FREECREDITREPORT.COM mark:<br><br>• threecreditreportcompany.com<br><br>• threecreditreporting.com<br><br>• 1-800-freecreditreport.com<br><br>• feecreditreporting.com<br><br>• free3creditreportagency.com<br><br>• freecreditreportcopy.com<br><br>• freecreditreportal.com<br><br>• freecreditreportalabama.com<br><br>• freecreditreportincolorado.com<br><br>• freecreditreportwithnocreditcard.com<br><br>• freecreditreportwithoutusingacreditcard.com | Rosenfeld Decl. ¶10 & Ex. I. |
| 28 | | | |

**DEFS' PROP. STATE. OF UNDISPUTED FACTS & CONCLUSIONS OF LAW**

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

| | | |
|---|---|---|
| | **D.   Third Party Use of Identical and Similar Marks.** | |
| 65. | By way of example only, between 2005 and 2007, the following domain names were used by third parties to display websites offering credit-related services and/or advertisements for credit-related services: <br><br> • freecreditreporthelp.com <br> • freecreditreportcenter.com <br> • freecreditreportcard.com <br> • freecreditreportbureau.com <br> • freecreditreportamerica.com <br> • freecreditreport-now.com <br> • annualfreecreditreport.com <br> • freecreditreportstore.com <br> • freecreditreportservice.com <br> • freecreditreportsite.com <br> • freecreditreportsearch.com <br> • freecreditreportnow.com <br> • freecreditreporting.com <br> • freecreditreportz.com <br> • creditreport.com <br> • free-credit-reports.org | Declaration of F. Cohen in Support of Defendants' Motion for Summary Adjudication ("Cohen Decl.") ¶22 |

**DEFS' PROP. STATE. OF UNDISPUTED FACTS & CONCLUSIONS OF LAW**

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

| | | |
|---|---|---|
| 1 | • free-credit-reports.net | |
| 2 | • bestfreecreditreport.com | |
| 66. | Between 2005 and 2007, there were countless websites that used the phrases "free credit report," "freecreditreport," and similar phrases.  By way of example only, these phrases were used on the following websites: | Cohen Decl. ¶30 |
| | • <annualfreecreditreport.com> - prominently displayed the phrase "free credit report"; | |
| | • <freecreditreportcenter.com> - prominently displayed the phrase "free credit report"; | |
| | • <freecreditreportcard.com> - displayed the phrases "freecreditreport," and "freecreditreportcard.com"; | |
| | • <free-credit-reports.net> - prominently displayed the phrase "free-credit-reports.net"; | |
| | • <freecreditzreportz.com> - prominently displayed the phrases "freecreditreportz.com" and "free credit report"; | |
| | • <freecreditreportsearch.com> - prominently displayed the phrase "free credit report"; | |
| | • <freecreditreportcenter.com> - prominently | |

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

| | | |
|---|---|---|
| | displayed the phrase "free credit report";<br><br>• <freecreditreporthelp.com> - prominently displayed the phrases "free credit report" and "freecreditreporthelp.com." | |
| 67. | Any person with any facility in using the Internet would have discovered the extensive third party use of names, language, and phrases similar to FREECREDITREPORT.COM in seconds. | Cohen Decl. ¶33 |
| 68. | Any reasonable company in Plaintiff's position would have been aware of the extensive third party use of the phrases "freecreditreport" and "free credit report" before and during the prosecution of Plaintiff's trademark application for FREECREDITREPORT.COM (between 2006-2008). | Declaration of Irving S. Rappaport in Support of Defendants' Motion for Summary Adjudication ¶10. |
| | **E.   Plaintiff sends demand letters to Defendants.** | |
| 69. | On September 18, 2008 Plaintiff's counsel sent Defendant Willms a demand letter stating that: a) Plaintiff owned and operated the website <www.freecreditreport.com>; and b) that Credit Report America website had copied web pages from FreeCreditReport.com. | Willms Decl. ¶25 & Ex. I. |
| 70. | A printout from the FreeCreditReport.com | Willms Decl. ¶25 & Ex. |

**DEFS' PROP. STATE. OF UNDISPUTED FACTS & CONCLUSIONS OF LAW**

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

| | | |
|---|---|---|
| | website was attached as Exhibit A to Plaintiff's September 18, 2008 letter.  This printout displays Plaintiff's use of the purported FREECREDITREPORT.COM trademark without the symbol "®". | I. |
| 71. | In response to Plaintiff's September 18, 2008 letter, the Alberta Defendants instructed their contractor, Nethuesindia to change the look of the Credit Report America website. | Willms Decl. ¶26. |
| 72. | On November 4, 2008 Plaintiff's counsel sent Defendant Willms another demand letter, which stated that Defendants had violated Plaintiff's trademark rights in FREECREDITRPORT.COM by: a) bidding on the phrase "freecreditreport"; and b) displaying the phrase "FreeCreditReport.com?". | Willms Decl. ¶27 & Ex. J. |
| 73. | Prior to November 4, 2008 Defendants were not aware of Plaintiff's registration for the FREECREDITREPORT.COM mark. | Willms Decl. ¶28. |
| 74. | A printout from the Google search results, displaying various sponsored ads, was attached as Exhibit A to Plaintiff's November 4, 2008 letter.  This printout displays Plaintiff's advertisement for its FreeCreditReport.com website.  The ad displays the purported FREECREDITREPORT.COM trademark | Willms Decl. ¶27 & Ex. J. |

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

| | | |
|---|---|---|
| | without the symbol "®". | |
| 75. | After receiving this letter, the Alberta Defendants instructed Advaliant, ClickBooth, and ROI not to bid on or display the phrase "freecreditreport.com." | Willms Decl. ¶29. |
| 76. | On December 30, 2008, Defendant Willms instructed Advaliant and ClickBooth by email not to bid on or display the FREECREDITREPORT.COM mark. | Willms Decl. ¶30 & Ex. K. |
| 77. | On January 23, 2009, counsel for Defendants instructed Advaliant and ClickBooth by email not to bid on or display the FREECREDITREPORT.COM mark. | Rosenfeld Decl ¶13 & Ex. L. |
| 78. | On January 13, 2009, Plaintiff initiated this lawsuit. | Complaint. |
| 79. | On January 14, 2010 Plaintiff's counsel sent a meet-and-confer letter regarding Plaintiff's anticipated motion for partial summary judgment.   In this letter, Plaintiff's counsel stated:<br><br>*First*, ConsumerInfo's statements regarding its substantially exclusive and continuous use of its FREECREDITREPORT.COM were not false. Defendants point to third party use of terms such as "free credit report" and | Rosenfeld Decl. ¶12 & Ex. K. |

| | | |
|---|---|---|
| 1 | "creditreport.com." (Counterclaim ¶¶ 5-9.) However, ConsumerInfo's mark is FREECREDITREPORT.COM, and it must be viewed "as a whole." | |

Respectfully submitted,

DATED:  February 12, 2010          KRONENBERGER BURGOYNE, LLP


By:  __/s/Karl S. Kronenberger____
       Karl S. Kronenberger

Attorneys for Defendants and
Counter-Plaintiffs Jesse Willms,
eDirect, 1016363 Alberta Ltd. and
1021018 Alberta Ltd.

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com