1  **KRONENBERGER BURGOYNE, LLP**
2  Karl S. Kronenberger (Bar No. 226112)
   Henry M. Burgoyne, III (Bar No. 203748)
3  Jeffrey M. Rosenfeld (Bar No. 222187)
   150 Post Street, Suite 520
4  San Francisco, CA 94108
   Telephone:  (415) 955-1155
5  Facsimile:   (415) 955-1158
6  karl@KBInternetLaw.com
   hank@KBInternetLaw.com
7  jeff@KBInternetLaw.com

8  Attorneys for Defendants Jesse Willms,
9  eDirect, 1016363 Alberta, Ltd. and 1021018
   Alberta Ltd.
10

11              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
12

13

14 | **CONSUMERINFO.COM, INC.,** a California corporation, | CASE NO. SACV09-0055 DMG (MLGx) |
15 | | |
16 | Plaintiff & Cross-Defendant, | **DECLARATION OF JEFFREY M. ROSENFELD IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION** |
17 | v. | |
18 | **JESSE WILLMS**, *et al.* | Date:   March 12, 2010 |
19 | Defendants. | Time:   2:00 pm |
20 | | Place:  Courtroom 7 |
21 | | Before Hon. Dolly M. Gee, Judge |
22 | **JESSE WILLMS** and **EDIRECT**, | |
23 | Cross-Plaintiffs, | **SELECTED EXHIBITS** |
24 | | **SUBMITTED UNDER SEAL** |
25 | v. | |
26 | **CONSUMERINFO.COM, INC.**, | |
27 | Cross-Defendant. | |
28

CASE NO. SACV09-0055 DMG (MLGx)          **ROSENFELD DECL. ISO DEFENDANTS'**
                                          **MOTION FOR SUMMARY ADJUDICATION**

I, Jeffrey M. Rosenfeld, declare and state as follows:

1.    I am an attorney admitted to practice in the State of California and the United States District Court for the Central District of California. I am an associate at the law firm of Kronenberger Burgoyne, LLP, counsel of record for Defendants Jesse Willms, eDirect, 1016363 Alberta Ltd. and 1021018 Alberta Ltd. Unless otherwise stated, I have personal knowledge of the matters stated herein.

2.    Attached hereto as Exhibit A, is a true and correct copy of the landing page for the website located at <freecreditreport.com>, which I printed out on February 12, 2010.

3.    A true and correct copy of Plaintiff's trademark registration for FREECREDITREPORT.COM, Registration No. 3426854, which I printed from the United States Patent and Trademark Office ("PTO")'s Trademark Electronic Search System on February 12, 2010, is attached hereto as Exhibit B.

4.    A true and correct copy of Plaintiff's trademark application for FREECREDITREPORT.COM, Serial No. 78819076, dated February 20, 2006, which I printed from the PTO's Trademark Document Retrieval System on February 12, 2010 is attached hereto as Exhibit C.

5.    A true and correct copy of the PTO's August 12, 2006 Outgoing Office Action regarding Plaintiff's application for FREECREDITREPORT.COM, Serial No. 78819076, which I printed from the PTO's Trademark Document Retrieval System on February 12, 2010 is attached hereto as Exhibit D (the "Office Action").

6.    A true and correct copy of Plaintiff's response to the Office Action, dated February 15, 2007, regarding Plaintiff's application for FREECREDITREPORT.COM, Serial No. 78819076, which I printed from the PTO's Trademark Document Retrieval System on February 12, 2010 is

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

attached hereto as Exhibit E.

7. Attached hereto as Exhibit F is a true and correct copy of a letter my colleague Matthew Thomson received from Plaintiff's counsel, dated December 29, 2008.

8. Attached hereto as Exhibit G is a true and correct copy of excerpts of Plaintiff's responses to Defendant Willms's Second Set of Interrogatories in this action.

9. Conditionally filed under seal as Exhibit H is a true and correct copy of a letter, dated December 12, 2008, sent by Plaintiff's counsel to Adaptive Marketing, LLC.

10. Attached hereto as Exhibit I is a true and correct copy of a decision in an arbitration proceeding brought by Plaintiff under the Uniform Domain Name Dispute Resolution Policy, which I printed from the Westlaw legal research database on January 17, 2010.

11. Attached hereto as Exhibit J are true and correct printouts of Internet websites, which my colleague researched in less than two hours.

12. Attached hereto as Exhibit K is a true and correct copy of a meet-and-confer letter from Plaintiff's counsel regarding Plaintiff's anticipated motion for partial summary judgment.

13. Conditionally filed under seal as Exhibit L are true and correct copies of emails my colleague Matt Thomson sent to Advaliant and ClickBooth on January 23, 2009.

I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 12, 2010, at San Francisco, California.

　　　　　　　　　　　　　　　　　　/s/ Jeffrey M. Rosenfeld
　　　　　　　　　　　　　　　　　　Jeffrey M. Rosenfeld

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com