Name & Address:
Karl S. Kronenberger (Bar No. 226112)
KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
Tel: (415) 955-1155 Fax: (415) 955-1158
Email: karl@KBInternetLaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ConsumerInfo.com, Inc.

PLAINTIFF(S)

v.

Jesse Willms, et al.

DEFENDANT(S).

CASE NUMBER:

SACV09-0055 DMG (MLGx)

**NOTICE OF MANUAL FILING**

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Defendants' Notice of Application and Ex Parte Application to File Records Under Seal Re: Exhibits C-F, H, I, and K to Declaration of Jesse Willms in Support of Defendants' Motion for Summary Adjudication and Exhibits H & L to Declaration of Jeffrey M. Rosenfeld.

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☐ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required (*reason*):
Documents designated as confidential or highly confidential under protective order.

February 12, 2010
Date

/s/ Karl S. Kronenberger
Attorney Name

Defendants
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                    **NOTICE OF MANUAL FILING**