**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Henry M. Burgoyne, III (Bar No. 203748)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@KBInternetLaw.com
hank@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Defendants Jesse Willms, eDirect, 1016363 Alberta, Ltd. and 1021018 Alberta Ltd.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CONSUMERINFO.COM, INC.,** a California corporation,<br><br>Plaintiff & Cross-Defendant,<br><br>v.<br><br>**JESSE WILLMS**, *et al.*<br><br>Defendants. | CASE NO. SACV09-0055 DMG (MLGx)<br><br>**DECLARATION OF KARL S. KRONENBERGER RE: NON-OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:     March 12, 2010<br>Time:    2:00 pm<br>Place:   Courtroom 7<br><br>Before Hon. Dolly M. Gee, Judge |
| **JESSE WILLMS** and **EDIRECT**,<br><br>Cross-Plaintiffs,<br><br>v.<br><br>**CONSUMERINFO.COM, INC.**,<br><br>Cross-Defendant. | |

CASE NO. SACV09-0055 DMG (MLGx)    **KRONENBERGER DECL. RE: DEF.'S NON-OPP. TO APP. TO FILE UNDER SEAL**

I, Karl S. Kronenberger, declare and state as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Central District of California. I am a partner at the law firm of Kronenberger Burgoyne, LLP, counsel of record for Defendants Jesse Willms, eDirect, 1016363 Alberta Ltd. and 1021018 Alberta Ltd. (collectively, "Defendants"). Unless otherwise stated, I have personal knowledge of the matters stated herein.

2. Defendants do not oppose Plaintiff ConsumerInfo.com, Inc.'s Ex Parte Application to File Documents under Seal, filed on February 12, 2010.

I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 16, 2010, at San Francisco, California.

                                          /s/Karl S. Kronenberger
                                          Karl S. Kronenberger

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com