Name & Address:
Karl S. Kronenberger (Bar No. 226112)
KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
Tel: (415) 955-1155 Fax: (415) 955-1158
Email: karl@KBInternetLaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ConsumerInfo.com, Inc. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SACV09-0055 DMG (MLGx) |
| v. | |
| Jesse Willms, et al. | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Proposed Order Granting Defendants' Ex Parte Application to File Records Under Seal Re: Motion for Summary Adjudication

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  Proposed Order

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required (*reason*):
   Documents designated as confidential or highly confidential under protective order.

| February 17, 2010 | /s/ Karl S. Kronenberger |
|---|---|
| Date | Attorney Name |
| | Defendants |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                           **NOTICE OF MANUAL FILING**