**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Henry M. Burgoyne (Bar No. 203748)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@KBInternetLaw.com
hank@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Defendants JESSE WILLMS, EDIRECT, 1016363 ALBERTA LTD. and 1021018 ALBERTA LTD.

Lodged Proposed Order

FILED 2010 FEB 17 PM 3:27
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CONSUMERINFO.COM, INC.**, a California corporation,<br><br>    Plaintiff & Cross-Defendant,<br>v.<br><br>**JESSE WILLMS**, *et al.*<br><br>    Defendants.<br><br>**JESSE WILLMS** and **EDIRECT**,<br><br>    Cross-Plaintiffs,<br>v.<br><br>**CONSUMERINFO.COM, INC.**,<br><br>    Cross-Defendant. | CASE NO. SACV09-0055 DMG (MLGx)<br><br>**DEFENDANTS' NOTICE OF APPLICATION AND *EX PARTE* APPLICATION TO FILE RECORDS UNDER SEAL RE: MOTION FOR SUMMARY ADJUDICATION**<br><br>**[LOCAL RULE 79-5.1]**<br><br>**[FILED UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER DATED MAY 12, 2009]** |

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2      **PLEASE TAKE NOTICE** that Defendants Jesse Willms, eDirect 1016363 Alberta Ltd. and 1021018 Alberta Ltd. (collectively, "Defendants"), hereby apply ex parte for an order allowing Defendants to file the following documents under seal:

- Exhibits C-F, Exhibits H-I and Exhibit K to the Declaration of Jesse Willms in Support of Defendants' Motion for Summary Adjudication. This document is filed under seal because it has been designated as Confidential or Highly Confidential-Attorneys' Eyes Only under the Stipulated Protective Order.

- Exhibits H-L to the Declaration of Jeffrey M. Rosenfeld in Support of Defendants' Motion for Summary Adjudication. This document is filed under seal because it has been designated as Confidential or Highly Confidential-Attorneys' Eyes Only under the Stipulated Protective Order.

    Plaintiff's counsel is aware of this Application and does not oppose the Application.

    This Application is made pursuant to Local Rules 7-19 and 79-5.1 and is based upon this Notice, the accompanying Memorandum of Points and Authorities, the Proposed Order, the Stipulated Protective Order entered in this action, the records in this action, and such evidence and argument as may be presented at or before any hearing on Defendants Motion for Summary Adjudication.

//
//
//
//

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

CASE NO. SACV09-0055 DMG (MLGx)     1    DEFENDANTS' *EX PARTE* APPLICATION TO FILE RECORDS UNDER SEAL

1 | Respectfully submitted,

3 | DATED: February 16, 2010        KRONENBERGER BURGOYNE, LLP

By: /s/ Karl S. Kronenberger

Karl S. Kronenberger

Attorneys for Defendants and Counter-Plaintiffs Jesse Willms, eDirect, 1016363 Alberta Ltd. and 1021018 Alberta Ltd.

# MEMORANDUM OF POINTS AND AUTHORITIES

## BACKGROUND

Pursuant to the Stipulated Protective Order in this action, any party wishing to file with the Court materials designated as Confidential or Highly Confidential-Attorneys' Eyes Only must file said materials in accordance with Local Rule 79-5.1. (Docket Entry No. 16.)

## ARGUMENT

The Declaration of Jesse Willms in Support of Defendants' Motion for Summary Adjudication ("Willms Decl.") and the Declaration of Jeffrey M. Rosenfeld in Support of Defendants' Motion for Summary Adjudication ("Rosenfeld Decl.") reference and attach documents designated as Confidential or Highly Confidential-Attorneys' Eyes Only under the Stipulated Protective Order as exhibits. Specifically, the designated exhibits are excerpts of discovery production documents which have been designated as Confidential or Highly Confidential-Attorneys' Eyes Only under the Stipulated Protective Order

Defendants request that the Court file a copy of the Willms Decl. and Rosenfeld Decl. under seal so that all exhibits are consolidated as one document. Defendants filed electronic copies of the Willms Decl. and Rosenfeld Decl. and their non-confidential exhibits on February 12, 2010.

Plaintiff's counsel was notified of the Application by email on February 12, 2010, and does not oppose the Application (Declaration of Karl S. Kronenberger in Support of Application to File Records under Seal ¶2).

## CONCLUSION

Based on the foregoing, Defendants respectfully requests that the Court issue an order, pursuant to L.R. 79-5.1, permitting Defendants to file

Exhibits C-F, Exhibits H-I and Exhibit K to the Declaration of Jesse Willms in Support of Defendants' Motion for Summary Adjudication under seal and the redacted versions to be filed in the public record. Defendants herewith submit, pursuant to Local Rule 79-5.1, Exhibits H-L to the Declaration of Jeffrey M. Rosenfeld in Support of Defendants' Motion for Summary Adjudication to be filed under seal and the redacted versions to be filed in the public record.

Respectfully submitted,

DATED: February 16, 2010

KRONENBERGER BURGOYNE, LLP

By: _____
Karl S. Kronenberger

Attorneys for Defendants and Counter-Plaintiffs Jesse Willms, eDirect, 1016363 Alberta Ltd. and 1021018 Alberta Ltd.

# DECLARATION OF KARL S. KRONENBERGER

I, Karl S. Kronenberger, declare and state as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Central District of California. I am a partner at the law firm of Kronenberger Burgoyne, LLP, counsel of record for Defendants Jesse Willms, eDirect, 1016363 Alberta Ltd. and 1021018 Alberta Ltd. Unless otherwise stated, I have personal knowledge of the matters stated herein.

2. On February 12, 2010, my colleague sent an email to Plaintiff's counsel to inform them that we will be filing an Application to File Records Under Seal Regarding Defendants' Motion for Summary Adjudication. Plaintiff's counsel did not oppose the Application. A true and correct copy of the email is attached hereto as Exhibit A.

I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 16, 2010, at San Francisco, California.

_____
Karl S. Kronenberger

# Exhibit A

**Sumeena Birdi**

| | |
|---|---|
| From: | Theodore Maya [TMaya@kayescholer.com] |
| Sent: | Friday, February 12, 2010 7:46 PM |
| To: | Sumeena Birdi |
| Cc: | Constance Brown; Deborah Clow; Darya Pollak; Hank Burgoyne; Jeff Rosenfeld; Julie Lockwood; Karl Kronenberger; Rhonda Trotter |
| Subject: | Re: ConsumerInfo.com, Inc. v. Willms et al. - Ex Parte Application to File Under Seal |

We will not oppose your proposed ex parte application to file under seal.

Have a good weekend,

Ted Maya
Kaye Scholer LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, California 90067
Phone: (310) 788-1252
Fax: (310) 229-1852

"Sumeena Birdi" <Sumeena@KBInternetLaw.com>

---

"Sumeena Birdi"
<Sumeena@KBInternetLaw.com>

02/12/2010 06:28 PM

To "Constance Brown"
<CBrown@kayescholer.com>; "Darya Pollak"
<DPollak@kayescholer.com>; "Deborah Clow"
<DClow@kayescholer.com>; "Rhonda Trotter"
<RTrotter@kayescholer.com>; "Theodore Maya"
<TMaya@kayescholer.com>

cc "Karl Kronenberger"
<Karl@KBInternetLaw.com>; "Hank Burgoyne"
<Hank@KBInternetLaw.com>; "Jeff Rosenfeld"
<Jeff@KBInternetLaw.com>; "Julie Lockwood"
<Julie@KBInternetLaw.com>

Subject ConsumerInfo.com, Inc. v. Willms et al. - Ex Parte Application to File Under Seal

Dear All,

Please be advised that in conjunction with our motion for summary adjudication we will be filing an ex parte application to file exhibits to supporting declarations that have been designated as confidential under seal.

Please note that the exhibits under seal are Bates numbered:

WILLMS000180
WILLMS000745-000777
WILLMS001240-001241
WILLMS001244
WILLMS001307-001308

1

MT00006-00008
MT01547
CIC_ESI_0002762-0002763

Please confirm that you will not oppose this application to file under seal.

Thank you,

Sumeena K. Birdi
Paralegal
**KRONENBERGER BURGOYNE, LLP**
150 Post Street, Suite 520
San Francisco, CA 94108-4707
(415) 955-1155, x-122
(415) 955-1158 Fax
sumeena@KBInternetLaw.com
www.KBInternetLaw.com

NOTICE: This email may contain material that is privileged, confidential, and/or attorney-client work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express written permission is strictly prohibited. If you are not the intended recipient, please contact the sender at the above number and delete all copies. Inadvertent waiver shall waive no privileges.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein (the foregoing paragraph has been affixed pursuant to U.S. Treasury Regulations governing tax practice).

\* \* \* \*

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.