Name & Address:
Rhonda R. Trotter (SBN 169241)
Theodore W. Maya (SBN 2223242)
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 788-1000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CONSUMERINFO.COM, INC., | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SACV09-0055 DMG (MLGx) |
| v. | |
| JESSE WILLMS, et al. | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance

with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually

filed. **List Documents:**

(1) Ex Parte Application to File Documents Under Seal; (2) Proposed Order Granting ConsumerInfo.com's Ex Parte Application to File Documents Under Seal; and (3) Declarations of Theodore Maya and David Williams in Support of Plaintiff's Opposition to Defendants' Motion for Summary Adjudication

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☐ Other

**Reason:**

☑ Under Seal

☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (reason):

February 19, 2010
Date

Theodore W. Maya
Attorney Name

ConsumerInfo.com, Inc.
Party Represented

Note:  File one Notice in each case, each time you manually file document(s).