UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CONSUMERINFO.COM, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESSE WILLMS, an individual; EDIRECT, a Canadian Partnership; 1016363 ALBERTA LTD., a Canadian Corporation; 1021018 ALBERTA LTD., a Canadian Corporation; all doing business as "WU-YI SOURCE," "JUST THINK MEDIA," and "CREDIT REPORT AMERICA,"<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. SACV09-0055 DMG (MLGx)<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION** |

23283202.DOC　　　　　　　　　[PROPOSED] ORDER

The motion of Defendants Jesse Willms, eDirect, 1016363 Alberta, Ltd. and 1021018 Alberta, Ltd. for Summary Adjudication came on for hearing before this Court on March 12, 2010.

After consideration of the briefs and arguments of counsel and all other matters submitted before the Court, Defendants' Motion For Summary Adjudication is hereby DENIED in its entirety.

**IT IS SO ORDERED.**

Dated: _____          By: _____

Hon. Dolly M. Gee,

United States District Judge