Rhonda R. Trotter, Bar Number 169241
rtrotter@kayescholer.com
Theodore W. Maya, Bar Number 223242
tmaya@kayescholer.com
Darya V. Pollak, Bar Number 248158
dpollak@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Attorneys for Plaintiff and Counter-Defendant
CONSUMERINFO.COM, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CONSUMERINFO.COM, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JESSE WILLMS, an individual; EDIRECT, a Canadian Partnership; 1016363 ALBERTA LTD., a Canadian Corporation; 1021018 ALBERTA LTD., a Canadian Corporation; all doing business as "WU-YI SOURCE," "JUST THINK MEDIA," and "CREDIT REPORT AMERICA,"<br><br>Defendants.<br><br>_____<br><br>AND RELATED COUNTERCLAIM.<br>_____ | CASE NO. SACV09-0055 DMG (MLGx)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF CONSUMERINFO'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION**<br><br>Hon. Dolly M. Gee<br><br>*[Filed concurrently with Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion for Summary Adjudication; Plaintiff's Statement of Genuine Issues; Proposed Order; Evidentiary Objections; Declaration of Theodore Maya; and Declaration of David Williams]*<br><br>Hearing Date:   March 12, 2010<br>Time:              2:00 p.m.<br>Place:             Court Room 7<br>                     Spring Street |

KAYE SCHOLER LLP

Plaintiff and Counter-Defendant ConsumerInfo.Com, Inc. ("ConsumerInfo") respectfully requests the Court take judicial notice pursuant to Federal Rule of Evidence 201(b) of the facts listed below and the documents attached hereto, which are public records of the United States Patent and Trademark Office ("PTO"):

- Registration certificate for TRIPLE ADVANTAGE, issued by the PTO to ConsumerInfo bearing registration number 3,526,207, registered on the Principal Register November 4, 2008.  (**Exhibit A** hereto.)

Public records of the PTO are fit for judicial notice.  *Metro Pub. v. San Jose Mercury News*, 987 F.2d 637, 641 n.3 (9th Cir. 1993) (taking judicial notice of trademark registration); *Unuson Corp. v. Built Entm't Group, Inc.*, 2006 U.S. Dist. LEXIS 2207 at *4 (N.D. Cal. 2006) (taking judicial notice of PTO filings including registration and cancellation); *Seimers v. Wells Fargo & Co.*, 2006 U.S. Dist. LEXIS 81097 at *42 n.6 (N.D. Cal. 2006) (taking judicial notice of an electronic search result issued by the PTO); *Metro Publ'g, Inc. v. Surfmet, Inc.*, 2002 U.S. Dist. LEXIS 26232 at *2 n.2, *4-5 (N.D. Cal. 2002) (taking judicial notice of PTO filings including applications and letter briefs to the PTO).

DATED:  February 19, 2010

Respectfully Submitted,

KAYE SCHOLER LLP

By:_____
    Theodore W. Maya
Attorneys for Plaintiff and Counter-
Defendant
CONSUMERINFO.COM, INC.

KAYE SCHOLER LLP

Exhibit A

Int. Cls.: 35, 36 and 45

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,526,207

Registered Nov. 4, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# TRIPLE ADVANTAGE

CONSUMERINFO.COM, INC. (CALIFORNIA CORPORATION)
18500 VON KARMAN AVENUE, SUITE 900
IRVINE, CA 92612

FOR: MONITORING OF CONSUMER CREDIT REPORTS, CONSUMER CREDIT REPORT HISTORY AND CONSUMER CREDIT SCORE PROVIDED BY ELECTRONIC MEANS , IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-0-2004; IN COMMERCE 12-0-2004.

FOR: CONSUMER CREDIT INFORMATION SERVICES, NAMELY, CONSUMER CREDIT CONSULTATION PROVIDED BY COMPUTER, ON-LINE, ELECTRONIC AND WIRELESS MEANS IN THE FIELD OF CONSUMER CREDIT AND CREDIT REPORTING; CREDIT REPORTING SERVICES, NAMELY, PROVIDING CONSUMER INFORMATION IN THE FIELD OF CONSUMER CREDIT AND CREDIT REPORTING; INSURANCE AGENCY IN THE FIELD OF IDENTITY THEFT, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-0-2004; IN COMMERCE 12-0-2004.

FOR: IDENTITY THEFT PREVENTION AND RESOLUTION SERVICES, NAMELY, FINANCIAL IDENTITY MONITORING SERVICES, CONSULTATION IN THE FIELD OF IDENTITY THEFT AND PROVIDING ADVICE IN THE FIELD OF IDENTITY THEFT; FRAUD PREVENTION AND RESOLUTION SERVICES, NAMELY, FRAUD DETECTION SERVICES IN THE FIELD OF CREDIT AND IN THE FIELD OF IDENTITY THEFT, PROVIDING ADVICE AND CONSULTATION TO CONSUMERS IN THE FIELD OF IDENTITY THEFT AND FRAUD RESOLUTION SERVICES, NAMELY, FINANCIAL IDENTITY MONITORING SERVICES PROVIDING ADVICE AND CONSULTATION TO CONSUMERS IN THE EVENT A PERSON'S IDENTITY HAS BEEN USED WITHOUT CONSENT TO OPEN CREDIT AND/OR BANK ACCOUNTS, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 12-0-2004; IN COMMERCE 12-0-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-033,806, FILED 10-31-2006.

KIM SAITO, EXAMINING ATTORNEY