1  Rhonda R. Trotter, Bar Number 169241
   rtrotter@kayescholer.com
2  Theodore W. Maya, Bar Number 223242
   tmaya@kayescholer.com
3  KAYE SCHOLER LLP
   1999 Avenue of the Stars, Suite 1700
4  Los Angeles, California  90067
   Telephone:  (310) 788-1000
5  Facsimile:  (310) 788-1200

6  Attorneys for Plaintiff
   CONSUMERINFO.COM, INC.
7

8

9            UNITED STATES DISTRICT COURT

10         FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                    WESTERN DIVISION

12 CONSUMERINFO.COM, INC., a         )  CASE NO. SACV09-0055 DMG
   California corporation,           )  (MLGx)
13                                   )
              Plaintiff,             )
14                                   )  **NOTICE OF ERRATA REGARDING**
       v.                            )  **PLAINTIFF**
15                                   )  **CONSUMERINFO.COM, INC.'S**
   JESSE WILLMS, an individual;      )  **EVIDENTIARY OBJECTIONS TO**
16 EDIRECT, a Canadian Partnership;  )  **DEFENDANT'S MOTION FOR**
   1016363 ALBERTA LTD., a           )  **SUMMARY ADJUDICATION**
17 Canadian Corporation; 1021018     )
   ALBERTA LTD., a Canadian          )
18 Corporation; all doing business as)
   "WU-YI SOURCE," "JUST THINK       )  Hearing Date:  March 12, 2010
19 MEDIA," and "CREDIT REPORT        )  Time:          2:00 P.M.
   AMERICA,"                         )  Place:         Court Room 7
20                                   )                 Spring Street
                                     )
21            Defendants.            )  Before Hon. Dolly M. Gee
   _____   )  United States District Judge
22                                   )
                                     )
23 AND RELATED                       )
   COUNTERCLAIM.                     )
24                                   )
                                     )
25                                   )
                                     )
26                                   )
                                     )
27 _____   )

28

23283274.DOC         NOTICE OF ERRATA RE: PLAINTIFF'S EVIDENTIARY OBJECTIONS

**TO THE HONORABLE DOLLY M. GEE, THE COURT CLERK, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE OF THE FOLLOWING ERRATA:

On February 19, 2010 Plaintiff ConsumerInfo.com, Inc. ("ConsumerInfo") electronically filed its evidentiary objections to Defendant's summary adjudication ("Evidentiary Objections").

The Evidentiary Objections did not comply with Judge Gee's Standing Order regarding evidentiary objections, although it has not yet been entered in this action.. ConsumerInfo respectfully requests the Court to accept a new version of the Evidentiary Objections complying with the Standing Order.

ConsumerInfo thanks the Court and all parties for their understanding.

DATED:  February 22, 2010

Respectfully Submitted,

KAYE SCHOLER LLP

By: _____
     Theodore W. Maya
Attorneys for Plaintiff and Counter-Defendant CONSUMERINFO.COM, INC.