Rhonda R. Trotter, Bar Number 169241
rtrotter@kayescholer.com
Theodore W. Maya, Bar Number 223242
tmaya@kayescholer.com
Darya V. Pollak, Bar Number 248158
dpollak@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California  90067
Telephone:  (310) 788-1000
Facsimile:  (310) 788-1200

Attorneys for Plaintiff
CONSUMERINFO.COM, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CONSUMERINFO.COM, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JESSE WILLMS, an individual; EDIRECT, a Canadian Partnership; 1016363 ALBERTA LTD., a Canadian Corporation; 1021018 ALBERTA LTD., a Canadian Corporation; all doing business as "WU-YI SOURCE," "JUST THINK MEDIA," and "CREDIT REPORT AMERICA,"<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. SACV09-0055 DMG (MLGx)<br><br>**DECLARATION OF THEODORE MAYA IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>*[Filed concurrently with Plaintiff's Reply in Support of Its Motion for Partial Summary Judgment]*<br><br>Hearing Date: March 12, 2010<br>Time: 2:00 p.m.<br>Place: Court Room 7<br>         Spring Street<br><br>Before Hon. Dolly M. Gee |

~5559179.DOC         MAYA DECL. RE REPLY TO DEFENDANTS' OPPOSITION

# DECLARATION OF THEODORE MAYA

I, Theodore Maya, declare as follows:

1. I am an attorney licensed to practice law in the State of California, and I am an associate with the law firm of Kaye Scholer LLP, attorneys for Plaintiff ConsumerInfo.com, Inc. ("ConsumerInfo"). I have personal knowledge of the facts set forth in this declaration, and if called as a witness I could and would testify competently thereto.

2. I have been heavily involved in all aspects of this litigation, including discovery, and am familiar with the documents produced by Defendants, by ConsumerInfo, and by third parties.

3. To the best of my knowledge, neither Defendants nor any other party produced to ConsumerInfo the purported consumer complaints to the FTC that are attached as Exhibits K, L, and M to the 2/19/10 Declaration of Jeffery M. Rosenfeld in support of Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment ("Rosenfeld Declaration"). The first time I saw these documents was as unauthenticated attachments to the Rosenfeld Declaration.

4. The first time I recall Defendants' counsel asserting Defendants were seeking to cancel ConsumerInfo's trademark on the basis of general "misdescriptiveness," other than that alleged in Defendants' original answer and counterclaim, was during a telephonic hearing with Magistrate Judge Goldman on January 27, 2010. This was in the context of Defendants' counterclaim, which at that time Defendants attempted to expand beyond the scope of their pleadings. I do not recall Defendants mentioning a similar planned expansion of their unclean hands

///
///
///
///

1

defense beyond the pleadings until seeing their opposition to ConsumerInfo's Motion for Partial Summary Judgment.

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct.

Executed February 26, 2010, in Los Angeles, California.

*/s/ T. Maya*

Theodore W. Maya