**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Henry M. Burgoyne, III (Bar No. 203748)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com
hank@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Defendants Jesse Willms,
eDirect, 1016363 Alberta, Ltd. and 1021018
Alberta Ltd.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CONSUMERINFO.COM, INC.,** a California corporation,<br><br>Plaintiff & Cross-Defendant,<br><br>v.<br><br>**JESSE WILLMS**, *et al.*<br><br>Defendants.<br><br>**JESSE WILLMS** and **EDIRECT**,<br><br>Cross-Plaintiffs,<br><br>v.<br><br>**CONSUMERINFO.COM, INC.**,<br><br>Cross-Defendant. | CASE NO. SACV09-0055 DMG (MLGx)<br><br>**DECLARATION OF JESSE WILLMS IN SUPPORT OF DEFENDANTS' REPLY TO MOTION FOR SUMMARY ADJUDICATION**<br><br>Date: March 12, 2010<br>Time: 2:00 pm<br>Place: Courtroom 7<br><br>Before Hon. Dolly M. Gee, Judge |

CASE NO. SACV09-0055 DMG (MLGx)    **WILLMS DECL. ISO DEFS' REPLY TO MTN FOR SUMMARY ADJUDICATION**

I, Jesse Willms, declare and state as follows:

1. I am a party to this action. Unless otherwise stated, I have personal knowledge of the matters stated herein. Also, unless otherwise stated in this declaration, "Defendants" refers to all the defendants in this action.

2. I do not dispute the existence of a Google AdWords account in my name. However, Defendants neither created this account nor operated this account. Control of this account—including the bidding on keywords—was handled exclusively by ROI Revolution.

3. The website www.CreditReport.America.net was never owned nor controlled by Defendants.

I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February __, 2010, at Alberta, Canada.



Jesse Willms

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

CASE NO. SACV09-0055 DMG (MLGx)     1     WILLMS DECL. ISO DEFS' REPLY TO MTN FOR SUMMARY ADJUDICATION