**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Henry M. Burgoyne, III (Bar No. 203748)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@KBInternetLaw.com
hank@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Defendants Jesse Willms, eDirect, 1016363 Alberta, Ltd. and 1021018 Alberta Ltd.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CONSUMERINFO.COM, INC.,** a California corporation,<br><br>Plaintiff & Cross-Defendant,<br><br>v.<br><br>**JESSE WILLMS**, *et al.*<br><br>Defendants.<br><hr>**JESSE WILLMS** and **EDIRECT**,<br><br>Cross-Plaintiffs,<br><br>v.<br><br>**CONSUMERINFO.COM, INC.**,<br><br>Cross-Defendant. | CASE NO. SACV09-0055 DMG (MLGx)<br><br>**DECLARATION OF SUMEENA BIRDI IN SUPPORT OF DEFENDANTS' REPLY TO MOTION FOR SUMMARY ADJUDICATION**<br><br>Date:     March 12, 2010<br>Time:    2:00 pm<br>Place:    Courtroom 7<br><br>Before Hon. Dolly M. Gee, Judge |

CASE NO. SACV09-0055 DMG (MLGx)     BIRDI DECL. ISO DEFS' REPLY TO MTN FOR SUMMARY ADJUDICATION

I, Sumeena Birdi, declare and state as follows:

1. I am a paralegal at the law firm of Kronenberger Burgoyne, LLP, counsel of record for Defendants Jesse Willms, eDirect, 1016363 Alberta, Ltd. and 1021018 Alberta Ltd. (collectively, "Defendants"). Unless otherwise stated, I have personal knowledge of the matters stated herein.

2. On February 12, 2010, I researched third party web pages in less than two hours. Attached hereto as Exhibit A are true and correct printouts of these Internet websites.

I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 26, 2010, at San Francisco.

_____
Sumeena Birdi