**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Henry M. Burgoyne, III (Bar No. 203748)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@KBInternetLaw.com
hank@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Defendants Jesse Willms, eDirect, 1016363 Alberta, Ltd. and 1021018 Alberta Ltd.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CONSUMERINFO.COM, INC.,** a California corporation,<br><br>Plaintiff & Cross-Defendant,<br><br>v.<br><br>**JESSE WILLMS**, *et al.*<br><br>Defendants.<br><br>**JESSE WILLMS** and **EDIRECT**,<br><br>Cross-Plaintiffs,<br><br>v.<br><br>**CONSUMERINFO.COM, INC.**,<br><br>Cross-Defendant. | CASE NO. SACV09-0055 DMG (MLGx)<br><br>**DECLARATION OF JEFFREY M. ROSENFELD IN SUPPORT OF DEFENDANTS' REPLY TO MOTION FOR SUMMARY ADJUDICATION**<br><br>Date:      March 12, 2010<br>Time:     2:00 pm<br>Place:     Courtroom 7<br><br>Before Hon. Dolly M. Gee, Judge |

CASE NO. SACV09-0055 DMG (MLGx)            **ROSENFELD DECL. ISO DEFS' REPLY TO MTN FOR SUMMARY ADJUDICATION**

I, Jeffrey M. Rosenfeld, declare and state as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Central District of California. I am an associate at the law firm of Kronenberger Burgoyne, LLP, counsel of record for Defendants Jesse Willms, eDirect, 1016363 Alberta Ltd. and 1021018 Alberta Ltd. Unless otherwise stated, I have personal knowledge of the matters stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of a decision in an arbitration proceeding brought by Plaintiff under the Uniform Domain Name Dispute Resolution Policy, which identifies the domain names at issue, which I printed from the National Arbitration Form's website, located at <http://domains.adrforum.com/domains/decisions/1283469.htm>, on February 25, 2010.

3. Attached hereto as Exhibit B, are true and correct copies of excerpts from Volume 1 of the deposition transcript of Michael William Stefaniuk taken on October 27, 2009.

4. Attached hereto as Exhibit C, is a true and correct copy of an excerpt from Volume 1 of the deposition transcript of Szymon Andrew Kiedyk taken on October 28, 2009.

5. Attached hereto as Exhibit D, are true and correct copies of excerpts from Volume 1 of the deposition transcript of Jesse David Willms taken on October 29, 2009.

I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 26, 2010, at San Francisco, California.

　　　　　　　　　　　　　　　　　　/s/ Jeffrey M. Rosenfeld
　　　　　　　　　　　　　　　　　　Jeffrey M. Rosenfeld

CASE NO. SACV09-0055 DMG (MLGx)　　　1　　　ROSENFELD DECL. ISO DEFS' REPLY TO MTN FOR SUMMARY ADJUDICATION