**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Henry M. Burgoyne, III (Bar No. 203748)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@KBInternetLaw.com
hank@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Defendants JESSE WILLMS, EDIRECT, 1016363 ALBERTA LTD. and 1021018 ALBERTA LTD.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CONSUMERINFO.COM, INC.,** a California corporation,<br><br>Plaintiff & Cross-Defendant,<br><br>v.<br><br>**JESSE WILLMS**, *et al.*<br><br>Defendants. | CASE NO. SACV09-0055 DMG (MLGx)<br><br>**DEFENDANTS' NOTICE OF LODGING AND LODGING OF DEPOSITION TRANSCRIPTS IN SUPPORT OF DEFENDANTS' REPLY TO MOTION FOR SUMMARY ADJUDICATION**<br><br>Date:    March 12, 2010<br>Time:    2:00 pm<br>Place:   Courtroom 7<br><br>Before Hon. Dolly M. Gee, Judge |
| **JESSE WILLMS** and **EDIRECT**,<br><br>Cross-Plaintiffs,<br><br>v.<br><br>**CONSUMERINFO.COM, INC.**,<br><br>Cross-Defendant. | |

CASE NO. SACV09-0055 DMG (MLGx)   **DEFS' NTC OF LODGING OF DEPO ISO REPLY TO MTN FOR SUMM. ADJ.**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rules 32-1 and 16-2.7 Defendants Jesse Willms and eDirect hereby provide notice of lodging and lodge the following deposition transcripts for the March 12, 2010 hearing in the above-referenced matter.

1. Excerpts from Volume 1 of the deposition transcript of Michael William Stefaniuk taken on October 27, 2009.
2. Excerpts from Volume 1 of the deposition transcript of Szymon Andrew Kiedyk taken on October 28, 2009.
3. Excerpts from Volume 1 of the deposition transcript of Jesse David Willms taken on October 29, 2009.

Respectfully submitted,

DATED:  February 26, 2010         KRONENBERGER BURGOYNE, LLP


By:  /s/ Karl S. Kronenberger
     Karl S. Kronenberger

Attorneys for Defendants, Jesse Willms, eDirect, 1016363 Alberta Ltd. and 1021018 Alberta Ltd.

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com