```
 1   0001
                  IN THE UNITED STATES DISTRICT COURT
 2
             FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3
                       WESTERN DIVISION
 4
 5
 6
 7
     CONSUMERINFO.COM, INC., a   )  Case No. SACV09-0055 DOC
 8   California Corporation,     )
                                 )
 9                  Plaintiff,   )
                                 )
10          v.                   )
                                 )
11   JESSE WILLMS, an individual; )
     EDIRECT, a Canadian Partnership;    )
12   1016363 ALBERTA LTD., a     )
     Canadian Corporation; 1021018   )
13   ALBERTA LTD., a Canadian    )
     Corporation; all doing business as  )
14   "WU-YI SOURCE," "JUST       )
     THINK MEDIA," and "CREDIT   )
15   REPORT AMERICA,"                )
                                 )
16                  Defendants.  )
17


18                    DEPOSITION OF
19               MICHAEL WILLIAM STEFANIUK
20                Edmonton, Alberta, Canada
                   October 27, 2009
21
                       Volume 1
22
23   Rhonda R. Trotter, Esq.   For the Plaintiff
24   J. M. Rosenfeld, Esq.     For the Defendants
25   Lee O'Geil, CLVS          Videographer
26   Jenn vanRootselaar, CSR(A)  Court Reporter
```

```
 1        I've never explored that industry.
 2    Q   Have you ever, yourself, gone onto the
 3        Google AdWords link to place any order for any
 4        advertising?
 5    A   Google AdWords?
 6    Q   Yes.
 7    A   At certain times I've updated the credit card,
 8        but that's about it.
 9    Q   When you say you've "updated the credit card,"
10        what are you referring to?
11    A   Basically, what happens is if ever a credit card
12        for a company is declining, I'd have to go in and
13        just update   put, like, a different credit card
14        on there.
15    Q   And when you say a credit card for your company,
16        what are you referring to?
17    A   One of our business credit cards.
18    Q   Okay.  And I know that you and I may understand
19        each other, but the record will be unclear.  When
20        you say "one of our business credit cards," what
21        are you referring to as the "our"?
22    A   Well, Jesse Willms, one of his business credit
23        cards.  You know, like, a card, like, to
24        Jesse Willms' account or the company.  I don't
25        know whose credit cards.  I assume they're
```

1    Jesse Willms' or they might be eDirect's, but

2    just one of those credit cards.  I take the

3    number, and I'd update it.

4  Q  And you've done that in Google AdWords for the

5    company from time to time?

6  A  Yes.

7  Q  When's the first time you recall updating the

8    credit card?

9  A  I don't remember.

10 Q  Did you do any updating of the credit card during

11   this calendar year, 2009?

12 A  Yes.

13 Q  When's the most recent time you updated the

14   credit card?

15 A  I think in the past six months.

16 Q  And you had done it previously on various

17   occasions?

18 A  I don't remember exactly.  It was   you know,

19   it'd be, you know, really randomly if I ever did

20   it.

21 Q  And you would do so at Mr. Willms' instruction?

22 A  Yes.

23 Q  Do you have your own company credit card that you

24   also   has your name on it or you have the

25   ability to use without Mr. Willms' instruction?

Page 138

1    A    I did have one, but it    Jesse Willms always

2         you know, I don't use it without him telling me

3         to use it.  It's not like I can just go around,

4         you know, spending money.  Yeah, he'd tell me to

5         use it, so . . .

6    Q    Do you still have that company credit card today?

7    A    No.

8    Q    When did that stop?

9    A    Within the last two months.

10   Q    Do you know why it stopped?

11   A    No.  Sorry.

12   VIDEOGRAPHER:            Got just over

13        eight minutes.

14   Q    MS. TROTTER:            Other than putting in the

15        credit card information at Mr. Willms'

16        instruction at Google AdWords, have you ever used

17        Google AdWords yourself?

18   A    The only thing I can recall is, you know,

19        something called Google Optimizer.  It's

20        associated with Google AdWords.  I don't know if

21        it's exactly Google AdWords.

22                            Google Optimizer is

23        basically, what we do is we use it to optimize

24        our website.  It    it can tell    just if you

25        run a split test, usually a design split test,

1     you have an A and you have a B, and it just tells

2     you which one is better than the other one

3     through conversions.

4  Q  And is that tool, in terms of your use of it,

5     only been with respect to web pages?

6  A  Yes.

7  Q  Are you aware of whether the tool will allow you

8     to do the testing with respect to, for example,

9     sponsored links?

10  A  I don't know.  I don't    yeah, I don't know.

11  Q  Have you ever in Google gone onto the keyword

12     suggestion tool available at the google.com site?

13  A  I don't remember.

14  Q  Have you ever, on Google AdWords, ever pulled

15     out    or pulled down any form of reports other

16     than with respect to reports on landing page

17     tests?

18  A  I don't remember.

19  MS. TROTTER:           Let's go off the record.

20  VIDEOGRAPHER:           Okay.  Here marks the end

21     of Camera Tape Number 4.  Going off the record.

22     Time is 1428.

23         (DISCUSSION OFF THE RECORD)

24         (BRIEF ADJOURNMENT)

25  VIDEOGRAPHER:            Okay.  Here begins Camera

1    0236

2            SIGNATURE OF WITNESS

3            I, Michael William Stefaniuk, the witness in the
             above deposition have read the within transcript of
4            my testimony, I have made _____0_____ changes in said
             testimony, and have stated such changes (if any) and
5            the reason for each change on a separate sheet
             attached hereto.

6

             My testimony as given herein is true and correct, to
7            the best of my knowledge and belief.

8

9            _____

             Michael William Stefaniuk

10

             Subscribed and sworn to before me this _28th_ day of

11           _December_____, AD, 2009.

12           _____

13

14

15

16

17

18

19

20

21

22

23

24

25

Certificate of Transcript

           I, Jenn vanRootselaar, hereby certify that the foregoing pages are a true and faithful transcription of the proceedings taken down by me in shorthand and transcribed by means of a computer-aided transcription system to the best of my skill and ability.

           Dated at the city of Edmonton, Province of Alberta, this 4th day of November, AD 2009.


Jenn vanRootselaar, CSR(A)
Court Reporter

0001

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

---

| | |
|---|---|
| CONSUMERINFO.COM, INC., a ) | Case No. SACV09-0055 DOC |
| California Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JESSE WILLMS, an individual; ) | |
| EDIRECT, a Canadian Partnership; ) | |
| 1016363 ALBERTA LTD., a ) | |
| Canadian Corporation; 1021018 ) | |
| ALBERTA LTD., a Canadian ) | |
| Corporation; all doing business as ) | |
| "WU-YI SOURCE," "JUST ) | |
| THINK MEDIA," and "CREDIT ) | |
| REPORT AMERICA," ) | |
| ) | |
| Defendants. ) | |

CERTIFIED
COPY

---

DEPOSITION OF
SZYMON ANDREW KIEDYK

Edmonton, Alberta, Canada
October 28, 2009

Volume 1

---

| | |
|---|---|
| Rhonda R. Trotter, Esq. | For the Plaintiff |
| J. M. Rosenfeld, Esq. | For the Defendants |
| Lee O'Geil, CLVS | Videographer |
| Jenn vanRootselaar, CSR(A) | Court Reporter |

Page 1

```
 1        any respect with sponsored links for any
 2        products?
 3    A   No.  We don't -- yeah, we don't do sponsored
 4        links, as far as I know.
 5    Q   You say that you don't do sponsored links; is
 6        that right?
 7    A   Yes.
 8    Q   And when you refer to you, you're referring to
 9        eDirectSoftware?
10    A   Yes -- well, sorry.  No, I'm referring to myself.
11        No.
12    Q   Okay.
13    A   Yeah.
14    Q   I believe I asked you this question at the
15        beginning, but I don't remember your response.
16                            You're familiar with
17        something called Google AdWords?
18    A   Yes.
19    Q   Are you aware of whether Jesse Willms has a
20        Google AdWords account?
21    A   No.
22    Q   Have you been ever asked by Mr. Willms to do
23        anything with respect to Google AdWords?
24    A   Well, Google AdWords holds a service called
25        website optimizer, which doesn't have anything to
```

Page 25

```
 1        do with AdWords specifically; it comes as an
 2        attachment to the service.  And we use that
 3        service to optimize the layout of websites.
 4    Q   Are you aware of that service, Google Optimizer,
 5        being used to optimize at any point in time the
 6        creditreportamerica.com design?
 7    A   No.
 8    Q   Even though you haven't personally used
 9        Google AdWords other than with respect to the
10        website optimizer, are you aware of whether
11        Mr. Willms or any employee of eDirect has ever
12        used Google AdWords for purposes of placing
13        sponsored link advertisements for any product?
14    A   No.
15    Q   During the time that you were website manager,
16        were there any designers for eDirect other than
17        Mr. Penner?
18  MR. ROSENFELD:            Objection.  Asked and
19        answered.
20    Q   MS. TROTTER:        You can answer the
21        question.
22    A   Not that -- I can't recall.  I don't remember.
23    Q   Other than Mr. Penner, are there currently any
24        other graphics designers for the company?
25    A   Yes.
```

Page 26

1    0178
            SIGNATURE OF WITNESS
2
            I, Szymon Andrew Kiedyk, the witness in the above
3       deposition have read the within transcript of my
        testimony, I have made _____ changes in said
4       testimony, and have stated such changes (if any) and
        the reason for each change on a separate sheet
5       attached hereto.

6       My testimony as given herein is true and correct, to
        the best of my knowledge and belief.

7

8

            _____
9       Szymon Andrew Kiedyk

10      Subscribed and sworn to before me this _____ day of

11      _____, AD, 2009.

12

            _____
13

14

15

16

17

18

19

20

21

22

23

24

25

                                            Page 178

Certificate of Transcript

I, Jenn vanRootselaar, hereby certify that the foregoing pages are a true and faithful transcription of the proceedings taken down by me in shorthand and transcribed by means of a computer-aided transcription system to the best of my skill and ability.

Dated at the city of Edmonton, Province of Alberta, this 4th day of November, AD 2009.

Jenn vanRootselaar, CSR(A)
Court Reporter

```
 1    0001
                    IN THE UNITED STATES DISTRICT COURT
 2
                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3
                            WESTERN DIVISION
 4
 5
 6
      CONSUMERINFO.COM, INC., a    )  Case No. SACV09-0055 DOC
 7    California Corporation,          )
                                       )
 8                       Plaintiff,  )
                                       )
 9           v.                        )
                                       )
10    JESSE WILLMS, an individual; )
      EDIRECT, a Canadian Partnership;    )
11    1016363 ALBERTA LTD., a        )
      Canadian Corporation; 1021018   )
12    ALBERTA LTD., a Canadian       )
      Corporation; all doing business as  )
13    "WU-YI SOURCE," "JUST          )
      THINK MEDIA," and "CREDIT      )
14    REPORT AMERICA,"                   )
                                       )
15                       Defendants.  )
16


17                        DEPOSITION OF
18                     JESSE DAVID WILLMS
19                   Edmonton, Alberta, Canada
                       October 29, 2009
20
                           Volume 1
21
22
23    Rhonda R. Trotter, Esq.    For the Plaintiff
24    J. M. Rosenfeld, Esq.      For the Defendants
25    Lee O'Geil,  CLVS          Videographer
26    Jenn vanRootselaar, CSR(A)  Court Reporter
```

1    2009?

2  A  I don't remember asking him that.

3  Q  Do you recall ever asking him to update your

4     credit card information in any Google AdWords

5     account?

6  A  I can't remember ever asking him that, but that's

7     not to say I didn't.

8  Q  Have you used Google AdWords in any respect

9     during this calendar year, 2009?

10  A  AdWords specifically?

11  Q  Yes.

12  A  Not that I can remember in 2009.

13  Q  Did you use any Google AdWords account during the

14     calendar year 2008?

15  A  The question's tough to answer because ROI

16     promoted through Google and thus used an account

17     for us.

18  Q  Okay.

19                    So   thank you for the

20     clarification.  So ROI Revolution has been

21     involved in promoting various of your products;

22     is that right?

23  A  That's correct.

24  MR. ROSENFELD:       I just want to object to

25     this line of questioning, that the term "you" and

1    "your" is vague.

2  Q  MS. TROTTER:        You have a hundred percent

3     ownership in the entity that did business under

4     the name Credit Report America; is that right?

5  A  Say that one more time.

6  Q  You have a hundred percent ownership interest in

7     the entity or entities that at any point in time

8     did business as Credit Report America or

9     creditreportamerica.com, correct?

10 A  Yes, the entire time I had an ownership.

11 Q  There have been no other owners, correct, other

12    than you?

13 A  Through the duration that we   because, of

14    course, Linda was a past owner, but through the

15    duration when we ran Credit Report America, I was

16    the owner.

17 Q  And ROI Revolution did work for promoting and

18    marketing creditreportamerica.com, correct?

19 A  That's correct.

20 Q  That was one of the products, correct?

21 A  Correct.

22 Q  If I'm understanding your testimony,

23    ROI Revolution was responsible as part of that

24    work for placing sponsored links on Google; is

25    that right?

1  A   That's one of the roles that ROI does, yes.

2  Q   In placing those sponsored links on Google, ROI

3      used your account number and account name; is

4      that right?

5  MR. ROSENFELD:           Objection.  Vague as to

6      "your."

7  Q   MS. TROTTER:        And when I use the term

8      "your," I'm talking about you, because you've

9      testified previously you don't know how the

10     accounts were held, correct?

11 A   Correct.

12                          Repeat the question one

13     more time, please.

14 Q   You testified    let me lay the foundation, in

15     light of your counsel's objection.  You testified

16     earlier that you can't recall, with respect to

17     any of the five to ten Google AdWords accounts

18     that you recall having opened at various periods

19     of time, what the account names were on any of

20     those, correct?

21 A   You're changing your question to a degree.  Say

22     it once more.

23 Q   You testified earlier    when I asked you how it

24     was that you opened Google AdWords accounts and

25     what name you used, you told me that you don't

1    recall.  Do you remember that testimony?

2  A  Correct.  Yes.

3  Q  Because I was asking you questions about whether

4     the particular Google AdWords accounts were held

5     in your own individual name or in the name of a

6     company.  You recall that?

7  A  Yes.

8  Q  And you testified you really didn't recall

9     whether it was in your individual name or a

10    company name in any instance, correct?

11 A  Correct.

12 Q  And so given the fact that you've now    I've

13    asked you more questions about Google AdWords, do

14    you have some better recollection now, in light

15    of the questions, as to how any of the

16    Google AdWords accounts were held in terms of in

17    whose name?

18 A  I still don't recall whose name they were

19    registered under.

20 Q  So you still don't recall whether any of the

21    accounts were registered in your individual name?

22 A  Correct.

23 Q  Or whether any of the accounts were registered in

24    a company name, for example, eDirect or

25    18 Alberta Limited?

Page 74

1    A    I don't recall the registration process.

2    Q    With that foundation, ROI Revolution was

3         responsible for placing sponsored link

4         advertising on Google but used one of your

5         Google AdWords accounts to do so; is that right?

6    A    Do you mean "your" meaning me personally?

7    Q    Yes.

8    A    I'm not sure if it was in my name personally.

9    Q    I'm going to ask the question another way.

10   A    Okay.

11   Q    ROI Revolution placed sponsored link advertising

12        on Google for Credit Report America using an

13        account opened by you personally?

14   A    I don't remember.

15   Q    ROI Revolution placed sponsored link advertising

16        on Google for Credit Report America using a

17        Google AdWords account owned by you or an entity

18        in which you have an ownership interest?

19   A    Someone at the company may have set up the

20        account under the company name.

21   MS. TROTTER:              Can you read back my

22        question, please.

23   COURT REPORTER:  (by reading)

24                Q    ROI Revolution placed sponsored

25                link advertising on Google for Credit

1                    Report America using a Google AdWords

2                    account owned by you or an entity in

3                    which you have an ownership interest?

4     A     I don't remember.

5     Q     MS. TROTTER:        So you believe that it is

6           possible that someone at your office set up a

7           Google AdWords account that ROI used that was in

8           the name of an entity in which you don't have any

9           ownership interest?

10    A     Again, I'm speculating.   I don't remember the

11          registration process, whether it was under my

12          name or whose name it was under.

13    Q     So is your testimony that you think there may be

14          another employee at your company that may have

15          opened up the Google AdWords account used by ROI

16          in order for ROI to do the sponsored link

17          advertising for Credit Report America?

18    A     Again, I'd just be speculating.

19    Q     Okay.  I understand   I don't want you to

20          speculate, but I do want to know the universe of,

21          given your business practices, what the

22          possibilities are, even if you don't know

23          precisely which one occurred in this instance.

24          So one possibility is ROI Revolution used a

25          Google AdWords account that is in your individual

Page 78

1          question.

2    COURT REPORTER:   (by reading)

3                Q    And so given what you've described

4                     as the process, it's possible that

5                     ROI Revolution used a Google AdWords

6                     account bearing the name of one of the

7                     defendants in this case, correct?

8    A    Of course that's a possibility.

9    Q    MS. TROTTER:        Did you authorize

10        ROI Revolution to use any Google AdWords account

11        held in your name or in the name of one of the

12        businesses that you are the owner of?

13   A    We authorized them to promote our product.

14        Again, I don't recall who the account was

15        registered under or if it was even     even    if

16        it was even under anyone individually.

17   Q    That's not my question.  My question is, Did you

18        authorize them to   that is ROI Revolution   to

19        use a Google AdWords account that was held either

20        in your name or in the name of some entity that

21        you have an ownership interest in for purposes of

22        promoting Credit Report America?

23   A    I can't remember.

24   Q    Have you ever authorized ROI Revolution to use

25        any Google AdWords account held in your name or

Page 140

1   0140

    SIGNATURE OF WITNESS

2

    I, Jesse David Willms, the witness in the above

3   deposition have read the within transcript of my

    testimony, I have made _____ changes in said

4   testimony, and have stated such changes (if any) and

    the reason for each change on a separate sheet

5   attached hereto.

6   My testimony as given herein is true and correct, to

    the best of my knowledge and belief.

7

8

    _____

9   Jesse David Willms

10  Subscribed and sworn to before me this _____ day of

11  _____, AD, 2009.

12

    _____

13

14

15

16

17

18

19

20

21

22

23

24

25

Certificate of Transcript

        I, Jenn vanRootselaar, hereby certify that the foregoing pages are a true and faithful transcription of the proceedings taken down by me in shorthand and transcribed by means of a computer-aided transcription system to the best of my skill and ability.

        Dated at the city of Edmonton, Province of Alberta, this _4th_ day of _November_, AD _2009_.

Jenn vanRootselaar, CSR(A)
Court Reporter