1  RHONDA R. TROTTER, Bar Number 169241
   rtrotter@kayescholer.com
2  THEODORE W. MAYA, Bar Number 223242
   tmaya@kayescholer.com
3  KAYE SCHOLER LLP
   1999 Avenue of the Stars, Suite 1700
4  Los Angeles, California  90067
   Telephone:  (310) 788-1000
5  Facsimile:   (310) 788-1200

6  Attorneys for Plaintiff and Counter-Defendant
   CONSUMERINFO.COM, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CONSUMERINFO.COM, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JESSE WILLMS, an individual; EDIRECT, a Canadian Partnership; 1016363 ALBERTA LTD., a Canadian Corporation; 1021018 ALBERTA LTD., a Canadian Corporation; all doing business as "WU-YI SOURCE," "JUST THINK MEDIA," and "CREDIT REPORT AMERICA,"<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. SA CV 09-0055 DMG (MLGx)<br><br>**STIPULATION TO ENTER STIPULATED INJUNCTION AND [PROPOSED] ORDER TO STAY ACTION PENDING COMPLETION OF SETTLEMENT OBLIGATIONS**<br><br>*[Filed concurrently with [Proposed] Stipulated Injunction and [Proposed] Order to Stay Action]*<br><br>Hon. Dolly M. Gee<br><br>Trial Date:     June 18, 2010 |

23283766.DOCX         STIPULATION TO STAY ACTION PENDING COMPLETION OF SETTLEMENT

Plaintiff and Counter-Defendant ConsumerInfo.com, Inc., and Defendants and Counter-Claimants Jesse Willms, eDirect, 1016363 Alberta Ltd., and 1021018 Alberta Ltd., by and through their counsel, hereby stipulate and agree as follows:

WHEREAS, on or about February 26, 2010 the parties to this action by and through their counsel reached an agreement resolving the above-captioned action in its entirety (the "Settlement");

WHEREAS the parties have executed a confidential settlement agreement;

WHEREAS Defendants' obligations under the Settlement include future obligations to be completed by August 31, 2010; and

WHEREAS the Settlement anticipates entry of a [Proposed] Stipulated Permanent Injunction and Consent Judgment ("Stipulated Injunction"), filed concurrently herewith.

NOW, THEREFORE, the parties, through their respective counsel, hereby stipulate to, agree to, and respectfully request that the Court enter the concurrently filed Stipulated Injunction and [Proposed] Order to STAY the instant action pending Defendants' completion of their obligations in accordance with the Settlement. Plaintiff agrees to promptly inform this Court and, either (1) seek a lift of the stay upon Defendants' failure to comply with their obligations under the Settlement; or (2) file a Stipulation of Dismissal upon Defendants' compliance with

///
///
///
///
///
///
///
///

their obligations under the Settlement and the Court's entry of the concurrently filed Stipulated Injunction, whichever occurs later in time.

Dated:  March 1, 2010          KAYE SCHOLER, LLP

By: _____
Theodore W. Maya
Attorneys for Plaintiff and Counter-Defendant,
ConsumerInfo.com, Inc.

DATED:  March 1, 2010          KRONENBERGER BURGOYNE LLP

By: _____
Karl Kronenberger
Attorneys for Defendants and Counter-Claimants
JESSE WILLMS, EDIRECT, 1016363
ALBERTA LTD., AND 1021018 ALBERTA
LTD.