RHONDA R. TROTTER, Bar Number 169241
rtrotter@kayescholer.com
THEODORE W. MAYA, Bar Number 223242
tmaya@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California  90067
Telephone:  (310) 788-1000
Facsimile:   (310) 788-1200

Attorneys for Plaintiff and Counter-Defendant
CONSUMERINFO.COM, INC.

Karl S. Kronenberger, Bar Number 226112
karl@kbinternetlaw.com
Jeffrey M. Rosenfeld, Bar Number 222187
jeff@kbinternetlaw.com
KRONENBERGER BURGOYNE LLP
150 Post Street, Suite 520
San Francisco, California 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158

Attorneys for Defendants and Counter-Claimants
JESSE WILLMS, EDIRECT,
1016363 ALBERTA LTD., AND
1021018 ALBERTA LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CONSUMERINFO.COM, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JESSE WILLMS, an individual; EDIRECT, a Canadian Partnership; 1016363 ALBERTA LTD., a Canadian Corporation; 1021018 ALBERTA LTD., a Canadian Corporation; all doing business as "WU-YI SOURCE," "JUST THINK MEDIA," and "CREDIT REPORT AMERICA,"<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. SA CV 09-0055 DMG (MLGx)<br><br>**STIPULATED PERMANENT INJUNCTION AND CONSENT JUDGMENT [139-1]**<br><br>[Hon. Dolly M. Gee] |

With the consent of Plaintiff and Counter-Defendant ConsumerInfo.com, Inc. ("ConsumerInfo") and Defendants and Counter-Claimants Jesse Willms, eDirect, 1016363 Alberta Ltd., and 1021018 Alberta Ltd., all doing business as, *inter alia*, "Wu-Yi Source," "Just Think Media," and "Credit Report America" (collectively, "Defendants"), and the approval of their respective counsel, the Court enters this Permanent Injunction and Consent Judgment ("Order") based on the following stipulated facts and conclusions of law:

1. This Court has subject matter jurisdiction over this action and personal jurisdiction over the parties.

2. ConsumerInfo owns federal trademark registrations for the trademarks FREECREDITREPORT.COM and TRIPLE ADVANTAGE.

3. Through websites including FreeCreditReport.com, ConsumerInfo offers credit-related products including credit reports, credit scores, credit monitoring and identity theft protection ("Credit-Related Products"), including without limitation the product known as Triple Advantage. A "credit report" means a consumer report that is used or expected to be used or collected in whole or in part for the purpose of serving as a factor in establishing the consumer's eligibility for creditworthiness. "Consumer report" is synonymous in meaning and equal in scope to the usage of the term as it is defined in Section 603(d) of the Fair Credit Reporting Act, 15 U.S.C. Section 1681a(d). A "credit score" is a numerical expression based on a statistical analysis of a person's credit report, to represent the creditworthiness of that person. "Credit-Related Products" shall include credit monitoring products that protect against identity theft.

4. ConsumerInfo alleges that it owns the trade dress of webpages at FreeCreditReport.com, as depicted in Exhibit 1 hereto (the "Trade Dress").

5. Defendants make no admissions as to the allegations of ConsumerInfo in this action, including allegations in the complaint and first amended complaint, other than jurisdictional allegations.

1

6. ConsumerInfo alleges that in 2008 Defendants, directly and through various affiliates, began running various forms of advertisements for Credit-Related Products.

7. ConsumerInfo alleges that the credit-related advertisements for Defendants' websites, including advertisements published by third party affiliates, included without limitation: internet banner advertisements; sponsored link advertisements placed with internet search engines such as Google and Yahoo; contextual text-link advertisements; and email advertisements (collectively, "Credit-Related Advertisements").

8. ConsumerInfo alleges that these Credit-Related Advertisements directed consumers to a number of websites operated by Defendants including: CreditReportAmerica.com, FreeReportCheck.com, MyCreditReportsDirect.com, FraudProtectionResources.com, FraudProtectionHelpDesk.com, IDTheftHelpDesk.com, CreditReportHelpDesk.com, PreventMyIDTheft.com, SecureInformationResource.com, and/or OnlineIdentityVault.com (collectively, along with any other websites owned or operated by Defendants and advertising Credit-Related Products, "Credit Report America Websites").

9. ConsumerInfo alleges that Defendants and their affiliates used the trademarks FREECREDITREPORT.COM and TRIPLE ADVANTAGE, and confusingly similar terms, as paid keywords with internet search engines to trigger sponsored link advertisements for Defendants' Credit Report America Websites. ConsumerInfo alleges that, as a result, consumers searching for those terms on the internet search engines would find sponsored link advertisements for Defendants' Credit Report America Websites.

10. ConsumerInfo further alleges that Defendants copied ConsumerInfo's Trade Dress and incorporated it into Credit Report America Websites.

11. ConsumerInfo further alleges that Defendants and their affiliates used the FREECREDITREPORT.COM and TRIPLE ADVANTAGE marks in Credit Report America Websites.

12. ConsumerInfo further alleges that Defendants copied ConsumerInfo's internet banner advertisements for FreeCreditReport.com and for other websites through which ConsumerInfo markets Credit-Related Products, including original, copyrightable artwork, graphics, animation, and text in those banners, the copyrights in which belong to ConsumerInfo.

13. ConsumerInfo further alleges that Defendants and their affiliates created and distributed Credit-Related Advertisements falsely claiming that Defendants Credit Report America Websites and/or Credit-Related Products had been "seen on" CNN, CNBC, NBC, CBS, and Fox.

14. ConsumerInfo further alleges that Defendants never delivered Credit-Related Products to consumers.

15. ConsumerInfo has agreed to settle and resolve its false advertising, trademark, trade dress, and copyright infringement claims in this action on the express condition that Defendants agree to entry of this Order permanently enjoining Defendants from (a) engaging in the false advertising and infringement alleged in ConsumerInfo's First Amended Complaint and described above, regardless of whether ConsumerInfo's advertisements and Trade Dress are protected as trademarks, trade dress, copyrightable material, or otherwise; and (b) advertising, marketing, and/or promoting for sale, directly or indirectly any Credit-Related Products.

16. Defendants consent to the entry of this Permanent Injunction and Consent Judgment.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that:

A. Defendants are enjoined from advertising, marketing and/or promoting, whether directly or indirectly, any Credit-Related Products, nationwide in the United States for a period of three (3) years from the date of the entry of this Order.

B. Defendants are permanently enjoined from using, directly or through any affiliates, the trademarks FREECREDITREPORT.COM, TRIPLE ADVANTAGE, or any confusingly similar terms in any way, including as a paid keyword search term, in the text of advertisements, in URLs, or on websites.

C. Defendants are permanently enjoined from copying, using, reproducing, mimicking, imitating, infringing or otherwise exploiting, ConsumerInfo's website and Trade Dress including, but not limited to the three-box design, the three-color scheme, or smiling blonde woman featured in the Trade Dress found at Exhibit 1, at any time in any medium now known or later devised (including, but not limited to any Credit Report America Websites or any other site on the Internet).

D. Defendants are permanently enjoined from copying, using, reproducing, mimicking, imitating, infringing or otherwise exploiting ConsumerInfo's internet banner advertisements or any other of ConsumerInfo's copyrighted materials.

E. Defendants are permanently enjoined from stating, claiming, or otherwise representing that ConsumerInfo, Experian, or any member of ConsumerInfo's corporate family approved, consented, endorsed, certified, sanctioned, vouched for, accredited or otherwise authorized Defendants' products or services in any manner at any time in any medium now known or later devised (including, but not limited to any Credit Report America Websites or any other site on the Internet).

F. To the extent permitted by applicable law, the provisions of this Order shall apply also to each of Defendants' officers, shareholders, directors, agents, employees, subsidiaries, successors, assigns, and to all persons, who after the entry of this Order are in active concert or participating with Defendants regarding matters prohibited in this Order and who receive actual notice of this Order.

G. ConsumerInfo may seek immediate specific enforcement of this Order by application to this Court.

SA09CV00055DMG-ORD RE CORRECTED PERINJ 139-1.DOC.DOCX[PROPOSED] STIPULATED PERMANENT INJUNCTION

H.  The Court shall maintain jurisdiction over this matter both for enforcement of this Order and enforcement of any settlement agreement between the Parties in this action.

IT IS SO ORDERED.

Dated:  March 16, 2010

                                            Dolly M. Gee
                                       United States District Judge